# EXHIBIT 1



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671          FAX: 410-786-5298

Suzanne Cochran, Esq., Chairperson
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

Refer to:
04-0554G

**CERTIFIED MAIL**

received
6/16/06

JUN 1 4 2006

J.C. Ravindran, President
Quality Reimbursement Services
150 N. Santa Anita Avenue, Suite 570A
Arcadia, CA 91006

Mike Shaver, Appeals Coordinator
Riverbend GBA
730 Chestnut Street
Chattanooga, TN 37402-1790

RE:   BMHCC 98 Medicare DSH Medicaid Proxy
      Provider Nos.: various
      FYEs: 1998
      Case No. 04-0554G

Dear Mr. Ravindran and Mr. Shaver:

The Provider Reimbursement Review Board (the "Board") has reviewed the Provider's request to reconsider its decision deny jurisdiction over Baptist Memorial Hospital (BMH) Golden Triangle and BMH St. Joseph's.

**Background**

02-1735G

On April 11, 2002, two providers, BMH Union County and BMH St. Joseph's, requested a group appeal for disproportionate share (DSH) Medicaid eligible days. By letter both providers added the Medicaid eligible days issue to their pending individual appeals and transferred them to the new group appeal. On April 17, 2002, BMH Desoto added the Medicaid eligible days issue to its individual appeal and transferred it to the group appeal. On May 5, 2003, BMH Golden Triangle added the Medicaid eligible days issue to its individual appeal and transferred it to the group appeal. On April 24, 2003, these providers again requested to add the Medicaid eligible days issue to their respective individual appeals and transfer them to the group appeal. On July 30, 2003, the group appeal was closed for failure to comply with the Board's due dates.

04-0554G

On January 23, 2004, BMH Union County, provider number 25-0006, BMH Golden Triangle and BMH St. Joseph's requested to form a group appeal to resolve the DSH Medicaid proxy. On January 4, 2005, BMH Blytheville requested to join the group. On January 20, 2005, BMH Union City provider number 44-0130, BMH Golden Triangle, BMH St. Joseph's, BMH Desoto, and BMH Blytheville all added the Medicaid eligible days issue to their individual appeals and transferred the issue to the group appeal. On April 6, 2005, the intermediary briefly disputed the Board's jurisdiction over BMH Golden Triangle,

06 1413

FILED
AUG - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

BMH Desoto, BMH St. Joseph's, BMH Blytheville, and BMH Union City provider number 44-0130 in its preliminary position paper as well as in the Schedule of Providers. On May 5, 2005, the providers responded to the jurisdiction challenge. On January 12, 2006, the Intermediary submitted a more detailed jurisdiction challenge per the Board's request. On March 14, 2006, the Board determined that it does have jurisdiction over BMH Blytheville and BMH Union City and that it does not have jurisdiction over BMH St. Joseph's, BMH Desoto, BMH Golden Triangle, and BMH Union County. On April 17, 2006, the Provider requested that the Board reconsider its decision to deny jurisdiction over BMH St. Joseph's and BMH Golden Triangle.

### Provider's Argument in favor of reconsideration

The providers argue that the Board erred in concluding that BMH-St. Joseph's and BMH-Golden Triangle may not join case number (CN) 04-0554G to resolve the Medicaid eligible days issue.

The providers state that the DSH adjustment appealed in CN: 04-0554G is significantly different than the DSH adjustment appealed in CN: 02-1735G. The providers contend that CN: 02-1735G appealed Medicaid eligible days only while CN: 04-0554G appeals Medicaid eligible days as well as waiver days, Medi-Medi days, general assistance days and the application of the hold harmless provision.

Alternatively, the providers argue that an issue can be added to an appeal at any time prior to the commencement of a hearing, thus the DSH Medicaid eligible days issue may be added to the individual appeal and thereafter transferred to CN: 04-0554G.

### Intermediary's argument against reconsideration

The Intermediary did not respond to the providers' request for reconsideration.

### Board's Decision

The Board declines to reconsider its March 14, 2006 decision. The Board concluded that BMH-St. Joseph's and BMH-Golden Triangle may not join CN: 04-0554G to resolve the Medicaid eligible days issue. These providers chose to become part of a group appeal (CN: 02-1735G) to resolve the Medicaid eligible days issue but then failed follow the Board's Instructions, which resulted in dismissal of the group appeal. The dismissal disposed of the Medicaid eligible days issue. The providers cannot now rely on adding the same issue again to their individual appeals to get a second opportunity to join a group.

Provider Reimbursement Review Board
Page 3 of 3                Ravindran and Shaver                     04-0554G

Board Members Participating:                    For the Board:
Suzanne Cochran, Esquire
Gary Blodgett, DDS
Elaine Crews Powell, CPA
Anjali Mulchandani-West                         Suzanne Cochran, Esq.
Yvette Hayes                                    Chairperson

cc:  Wilson Leong, Blue Cross & Blue Shield Association
     Arthur Peabody, Jr., Esq., Blue Cross & Blue Shield Association

150 N. Santa Anita Avenue, Suite 570A
Arcadia, CA 91006
Phone: (626) 445-5092
Fax:    (626) 821-4488



*Quality Reimbursement Services*

# Fax

| | | | |
|---|---|---|---|
| TO: | KENNETH C. MARCUS ESQ. | FROM: | J. C. RAVINDRAN |
| FAX: | (313) 465-7471 | DATE: | AUGUST 1, 2006 |
| PHONE: | (313) 465-7470 | PAGES: | 04 |
| RE: | BMHCC 98 DSH MEDICAID PROXY4 | CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

**COMMENTS:** PLEASE PREPARE A COMPLAINT TO BE FILED BY THE PROVIDER BY AUGUST 14TH. PLEASE CALL IF YOU HAVE ANY QUESTIONS.