CO-386-online
1/03

**FILED**

AUG - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Baptist Memorial Hospital-Golden Triangle, Baptist )
Memorial Hospital-St. Joseph Hospital and Baptist )
Memorial Hospital-DeSoto Hosital )
                                                  )   CASE NUMBER   1:06CV01413
              Plaintiff                           )
       vs                                         )   Ci  JUDGE: Colleen Kollar-Kotelly
                                                  )
Michael O. Leavitt, Secretary of Department       )   DECK TYPE: Administrative Agency Review
of Health and Human Services                      )
                                                  )   DATE STAMP: 08/09/2006
              Defendant                           )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for ___Baptist Memorial Hospital-Golden Triangle et al___ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ___Baptist Memorial Hospital-Golden Triangle et al___ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

MI 0016
BAR IDENTIFICATION NO.

Kenneth R. Marcus
Print Name

660 Woodward Avenue
Address

Detroit, MI 48226
City          State          Zip Code

313 465 7470
Phone Number

