IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL-<br>GOLDEN TRIANGLE, BAPTIST MEMORIAL<br>HOSPITAL-ST. JOSEPH HOSPITAL, AND<br>BAPTIST MEMORIAL HOSPITAL-DeSOTO, | CASE NUMBER: 1:06CV01413<br>JUDGE COLLEEN KOLLAR-<br>KOTELLY |
| Plaintiffs, | |
| vs. | |
| MICHAEL O. LEAVITT, Secretary of Department<br>of Health and Human Services, | |
| Defendant. | |

_____/

**PROOF OF SERVICE**

I certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

        Albert R. Gonzales
        Attorney General of the United States
        Department of Justice
        Room B-103
        950 Pennsylvania Ave., S.W.
        Washington, D.C. 20530
        SERVED: August 21, 2006

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP


s/ Kenneth R. Marcus
Kenneth R. Marcus
D.C. Bar No. MI 0016
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Tel: 313-465-7470
Fax: 313-465-7471
kmarcus@honigman.com

Attorneys for Plaintiffs

DATED: August 30, 2006

DETROIT.2305877.1

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>ALBERT R. GONZALES<br>ATTORNEY GENERAL OF THE<br>    UNITED STATES<br>DEPT OF JUSTICE<br>ROOM B-103<br>950 PENNSYLVANIA AVE, S.W.<br>WASHINGTON, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>AUG 21 2006<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 4368 7640 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540