IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL-GOLDEN TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST. JOSEPH HOSPITAL, AND BAPTIST MEMORIAL HOSPITAL-DeSOTO,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL O. LEAVITT, Secretary of Department of Health and Human Services,<br><br>Defendant._____/ | CASE NUMBER: 1:06CV01413<br>JUDGE COLLEEN KOLLAR-KOTELLY |

**PROOF OF SERVICE**

I certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

> Michael O. Leavitt
> Secretary of Department of Health and Human Services
> Hubert H. Humphrey Building
> 200 Independence Ave., S.W.
> Washington, D. C. 20201
> SERVED: August 18, 2006

1

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

> Respectfully submitted,
>
> HONIGMAN MILLER SCHWARTZ AND COHN LLP
>
> s/ Kenneth R. Marcus
> Kenneth R. Marcus
> D.C. Bar No. MI 0016
> Honigman Miller Schwartz and Cohn LLP
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI 48226
> Tel: 313-465-7470
> Fax: 313-465-7471
> kmarcus@honigman.com
>
> Attorneys for Plaintiffs

DATED: August 30, 2006

DETROIT.2305837.1

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Lawrence<br>C. Date of Delivery: 8-18-06 |
| 1. Article Addressed to:<br>MICHAEL O. LEAVITT<br>SECRETARY OF DEPT OF HEALTH<br>AND HUMAN SERVICES<br>HUBERT H. HUMPHREY BLDG.<br>200 INDEPENDENCE AVE., S.W.<br>WASHINGTON, D.C. 20201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label): No Number Lost in Mail | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540