IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL-GOLDEN TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST. JOSEPH HOSPITAL, AND BAPTIST MEMORIAL HOSPITAL-DeSOTO, | CASE NUMBER: 1:06CV01413 JUDGE COLLEEN KOLLAR-KOTELLY |
| Plaintiffs, | |
| vs. | |
| MICHAEL O. LEAVITT, Secretary of Department of Health and Human Services, | |
| Defendant. | |

## PROOF OF SERVICE

I certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

>Civil Process Clerk
>Kenneth Wainstein
>United States Attorney for the District of Columbia
>Judiciary Center
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>SERVED: October 2, 2006

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

*/s/ Kenneth R. Marcus*

Kenneth R. Marcus
D.C. Bar No. MI 0016
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Tel: 313-465-7470
Fax: 313-465-7471
kmarcus@honigman.com

Attorneys for Plaintiffs

DATED: October 10, 2006

DETROIT.2305837.2

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Emily Duke_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): OCT 0 2 2006   C. Date of Delivery |
| 1. Article Addressed to: CIVIL PROCESS CLERK<br>Kenneth Wainstein<br>United States Attorney<br>for the District of Columbia<br>Judiciary Center<br>555 Fourth Street, N.W.<br>Washington, D.C.  20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 4368 7688 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |