UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL - GOLDEN TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST. JOSEPH HOSPITAL, AND BAPTIST MEMORIAL HOSPITAL-DESOTO HOSPITAL<br><br>Plaintiffs,<br><br>v.<br><br>TOMMY G. THOMPSON, Secretary of Health and Human Services,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV01413 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR ENLARGEMENT OF THE DEFENDANT'S
TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt,[1] Secretary of the Department of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a sixty (60) day enlargement of the Secretary's time to answer or otherwise respond to Plaintiffs' Complaint. This is Defendant's first request for an extension of time, and no scheduling order has been issued in this case. Plaintiffs, through counsel, graciously consented to this motion. The grounds for the instant motion are set forth below.

This action was initiated with the filing of a Complaint on August 9, 2006. Docket Entry No. 1. Although the records of the United States Attorney's Office for the District of Columbia

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Secretary Michael O. Leavitt, in his official capacity, should be substituted as defendant for former Secretary Tommy G. Thompson.

indicate that it was served with a copy of the original Complaint on August 21, 2006, the undersigned counsel did not become aware of the Complaint until after the service of an Amended Complaint, which was filed October 10, 2006.  See Docket Entry No. 5.  Accordingly, Defendant now requests the additional time in order to review the Amended Complaint, gather the administrative record, and formulate Defendant's response.

Plaintiffs challenge a decision of the Provider Reimbursement Review Board ("PRRB" or "Board").  The matters at issue in this action are complex, and require careful investigation of the administrative record before the Secretary answers or otherwise responds to the complaint.  The Office of Attorney Advisor ("OAA") within the Centers for Medicare and Medicaid Services ("CMS") is responsible for compiling administrative records for all actions filed in courts throughout the country that challenge the Secretary's final decisions on provider reimbursement disputes, and, thus, OAA's workload is quite heavy.  Because of a case backlog and limited staff, the OAA has not yet been able to complete the compilation of the record for this case, and ship it to the Secretary's counsel.  Thus, in order to allow sufficient time for review of the administrative record and preparation of an appropriate response to the Amended Complaint, and in order to allow for the necessary supervisory review, the Secretary respectfully requests an enlargement of time of sixty (60) days, up to and including December 19, 2006, within which to respond to the Amended Complaint filed in this action.

On October 19, 2006, the Secretary's counsel contacted Plaintiffs' counsel, and Plaintiffs' counsel stated that Plaintiffs consented to the instant motion.  This request is made in good faith and not for purposes of delay.  A proposed Order is attached.

Respectfully submitted,


_____/ s /_____
JEFFREY A. TAYLOR,
United States Attorney
D.C. Bar No. 498610


_____/ s /_____
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780


_____/ s /_____
JONATHAN C. BRUMER
D.C. Bar No. 463328
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
 Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
(202) 205-8703/FAX: (202) 401-1405