## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL - GOLDEN TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST. JOSEPH HOSPITAL, AND BAPTIST MEMORIAL HOSPITAL-DESOTO HOSPITAL<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOMMY G. THOMPSON,<br>Secretary of Health and Human Services,<br><br>　　　　　Defendant. | Case No. 1:06CV01413 (CKK) |

### **ORDER**

Having considered the Defendant's Consent Motion for Enlargement of the Defendant's Time to Answer or Otherwise Respond to the Complaint,

it is this _____ day of _____, 2006,

ORDERED that the Defendant's Consent Motion for Enlargement of the Defendant's Time to Answer or Otherwise Respond to the Complaint is hereby granted, and it is further

ORDERED that Defendant shall have through and including December 19, 2006, to answer or otherwise respond to the Plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE