UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL - GOLDEN TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST. JOSEPH HOSPITAL, AND BAPTIST MEMORIAL HOSPITAL-DESOTO HOSPITAL<br><br>Plaintiffs,<br><br>v.<br><br>TOMMY G. THOMPSON, Secretary of Health and Human Services,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV01413 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE**

The Clerk of this Court will please enter the appearance of Jonathan C. Brumer for the Defendant Secretary of Health and Human Services in the above-captioned action.

_____
JONATHAN C. BRUMER
(D.C. Bar No. 463328)
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
 Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
(202) 205-8703

## CERTIFICATE OF SERVICE

    I hereby certify that on October 19, 2006, an electronic copy of the foregoing Praecipe will be served on plaintiffs' counsel *via* the United States District Court's Electronic Case Filing program.

                                                                           Jonathan C. Brumer