IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL-<br>GOLDEN TRIANGLE, BAPTIST MEMORIAL<br>HOSPITAL-ST. JOSEPH HOSPITAL, AND<br>BAPTIST MEMORIAL HOSPITAL-DeSOTO, | CASE NUMBER: 1:06CV01413<br>JUDGE COLLEEN KOLLAR-<br>KOTELLY |

Plaintiffs,

vs.

MICHAEL O. LEAVITT, Secretary of Department
of Health and Human Services,

Defendant.
_____/

## PROOF OF SERVICE

I certify that I caused a copy of Plaintiffs' Amended Complaint to be delivered via United States Certified Mail to the following persons:

> **Civil Process Clerk**
> **Kenneth Wainstein**
> **United States Attorney for the District of Columbia**
> **Judiciary Center**
> **555 Fourth Street, NW**
> **Washington, D.C. 20530**
> SERVED: October 24, 2006

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

> **Michael O Leavitt, Secretary**
> **Department of Health and Human Services**
> **Room 615-F**
> **Hubert Humphrey Building**
> **200 Independence Avenue, SW**
> **Washington, DC 20201**
> SERVED: October 16, 2006

Attached hereto as Exhibit B is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

>**Alberto R. Gonzales**
>**Attorney General of the United States**
>**Department of Justice**
>**Room B-103**
>950 Pennsylvania Avenue, NW
>Washington, DC 20530
>SERVED: October 16, 2006

Attached hereto as Exhibit C is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

>Respectfully submitted,
>
>HONIGMAN MILLER SCHWARTZ AND
>COHN LLP
>
>_____
>Kenneth R. Marcus
>D.C. Bar No. MI 0016
>Honigman Miller Schwartz and Cohn LLP
>2290 First National Building
>660 Woodward Avenue
>Detroit, MI  48226
>Tel: 313-465-7470
>Fax: 313-465-7471
>kmarcus@honigman.com
>
>Attorneys for Plaintiffs

DATED: October 26, 2006

DETROIT.2360362.1

# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>CIVIL PROCESS CLERK<br>Kenneth Wainstein<br>U.S. Attorney for the District of Columbia<br>U.S. Attorney's Office – Civil Division<br>Judiciary Center<br>555 Fourth Street, NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)    7004 2510 0001 4368 6063 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Lawrence_  C. Date of Delivery _10-16-06_ |
| 1. Article Addressed to:<br>Michael O. Leavitt, Secretary<br>Department of Health and Human Services<br>Room 615-F<br>Hubert H. Humphrey Building<br>200 Independence Avenue, SW<br>Washington, DC 20201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  **7004 8510 0001 4368 6056** | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

Case 1:06-cv-01413-CKK    Document 10    Filed 10/26/2006    Page 7 of 8

# EXHIBIT C

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Alberto R. Gonzales<br>Attorney General of the United States<br>Department of Justice<br>Room B-103<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail     ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 4368 6049 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540