# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, INC., et al., )<br>        Plaintiffs,                  )<br>                                        )<br>v.                                        )<br>                                        )<br>MICHAEL O. LEAVITT,               )<br>Secretary, United States Department of  )<br>Health and Human Services,           )<br>                                        )<br>        Defendant.                    ) | Civ. Action No. 06-1413 (CKK) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

                                      Respectfully submitted,

                                      s/

                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                                      s/

                              MEGAN L. ROSE, NC Bar # 28639
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 Fourth Street, N.W.
                              Washington, D.C. 20530
                              (202) 514-7220
                              (202) 514-8780 (fax)
                              Megan.Rose@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been delivered by Federal Express, this <u>28th</u> day of December, 2006, addressed to:

**Kenneth R. Marcus**
**Honigman Miller Schwartz and Cohn L.L.P.**
**2290 First National Building**
**Detroit, MI 48226**

s/
_____
Megan L. Rose
Assistant United States Attorney