UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL-GOLDEN TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST. JOSEPH HOSPITAL, AND BAPTIST MEMORIAL HOSPITAL-DESOTO HOSPITAL<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:06CV01413 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT NOTICE AND PROPOSED SCHEDULE**

Counsel for Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary") and Plaintiffs Baptist Memorial Hospital-Golden Triangle, Baptist Memorial Hospital St. Joseph Hospital, and Baptist Memorial Hospital-DeSoto Hospital ("the Hospitals") hereby submit this joint notice and proposed schedule pursuant to the Court's Order of January 2, 2007.

    **A.**    **Matters On Which The Parties Agree.**

        **1.**    The parties currently agree that this case should be disposed of on the basis of cross-motions for summary judgment.

        **2.**    The parties currently do not believe that a trial will be necessary in this case.

B.  **Matters On Which the Parties Disagree.**

1.  **Discovery**

a.  **The Hospitals' Position.**  In light of the nature of this case, the Hospitals believe that discovery is necessary, relevant and reasonable.  Among other relevant matters, the Hospitals will seek to conduct discovery regarding whether the decision of the Provider Reimbursement Review Board ("PRRB") in the instant case is consistent with the decisions of the PRRB in other cases, and whether the decision of the PRRB in the instant case was based on other than published authority.  The Hospitals propose to serve their interrogatories and document requests on Defendant no later than January 31, 2007.  The Hospitals propose that all discovery, including depositions, shall be completed by May 1, 2007.

b.  **The Secretary's Position.**  The Secretary respectfully submits that discovery is not appropriate in this case because the Court's review in this case is governed by the Administrative Procedure Act and as such it should be confined to the administrative record already in existence and not a new record made by the Court.

2.  **Briefing Schedule**

a.  **The Hospitals' Position.**  Assuming completion of discovery by May 1, 2007, the Hospitals propose the following briefing schedule:

(1)  Each party will file and serve on the other party its dispositive motion, with supporting memorandum by June 1, 2007.

(2)  Each party will file and serve on the other party its memorandum in opposition to the other party's motion by July 1, 2007.

  (3)  Each party will file and serve on the other party its reply memorandum by August 1, 2007.

  **b.**  **The Secretary's Position.** The Secretary respectfully submits the following proposed schedule for the submission of the parties' respective briefs:

| | |
|---|---|
| March 19, 2007: | Plaintiff's Motion for Summary Judgment |
| May 18, 2007: | Defendant's Opposition and Cross Motion |
| July 2, 2007: | Plaintiff's Opposition and Reply |
| August 16, 2007: | Defendant's Reply |

  **3.**  <u>**Scheduling Conference**</u>

  **a.**  **The Hospitals' Position.** The Hospitals respectfully request that the Court hold a scheduling conference, via telephone conference call if possible, at its earliest convenience to discuss the above matters.

  **b.**  **The Secretary's Position.** The Secretary respectfully submits that because this is an "action for review on an administrative record," the initial disclosure requirement and the obligation to have an initial scheduling conference do not arise. <u>See</u> Fed. R. Civ. P. 26(a)(1)(E)(i), 26(f); LCvR 16.3(b)(1). The Secretary does not request a scheduling conference and does not believe that one is necessary. Accordingly, the Secretary would ask that he be relieved from the obligation to attend any Initial Scheduling Conference.

  Because the parties do not agree upon a proposed Order in this case, none is attached.

DATED: January 19, 2007                    Respectfully submitted,

        / s /
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

        / s /
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780

JONATHAN C. BRUMER
D.C. Bar No. 463328
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
 Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201
(202) 205-8703/FAX: (202) 401-1405

Counsel for the Secretary

        / s /
KENNETH R. MARCUS
D.C. Bar No. MI 0016
HONIGMAN MILLER SCHWARTZ AND
 COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Tel: 313-465-7470
Fax: 313-465-7471

Counsel for Plaintiffs