**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BAPTIST MEMORIAL HOSPITAL – GOLDEN TRIANGLE** | ) )  ) |
| **and** | ) ) |
| **BAPTIST MEMORIAL HOSPITAL – ST. JOSEPH HOSPITAL** | ) Case No. 1:06CV1413(CKK) ) ) ) |
| **and** | ) ) |
| **BAPTIST MEMORIAL HOSPITAL – DESOTO HOSPITAL** | ) ) ) |
| **PLAINTIFFS** | ) ) |
| v. | ) ) |
| **MICHAEL O. LEAVITT** **Secretary, Health and Human Services** | ) ) ) |
| **DEFENDANT** | |

## NOTICE OF ENTRY OF APPEARANCE OF LESLIE D. ALDERMAN III AS ATTORNEY FOR THE PLAINTIFFS

Please take notice that the undersigned enters his appearance on behalf of each of the Plaintiffs in the above-captioned matter.

Respectfully Submitted
ALDERMAN & DEVORSETZ, PLLC

/s/ Leslie D. Alderman III  (D.C. Bar 477750)
1025 Connecticut Ave., NW
Suite 1000
Washington, D.C. 20036
Tel. 202-969-8220
Fax 202-969-8224
lalderman@a-dlaw.com