# EXHIBIT 3



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671          FAX: 410-786-5298

Suzanne Cochran, Esq., Chairperson
Martin W. Hoover, Jr., Esq.
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani-West

Refer to:

CERTIFIED MAIL

FILE  10 JUN 2005

Providence Hospital
Vince Formica
6801 Airport Boulevard
P.O. Box 850429
Mobile, AL 36685

RE: Providence Hospital, Provider No. 01-0090, FYE 06/30/02
    PRRB Case No. 04-2168

Dear Mr. Formica:

By letter dated May 25, 2005, the Provider Reimbursement Review Board (the "Board") dismissed the above-captioned appeal because the final position paper had not been timely filed with the Board. On June 3, 2005, you requested reinstatement of the subject appeal. Based on the information submitted in and with your request, the Board hereby reinstates the above-captioned appeal.

Since both Parties have filed final position papers, the case will be transferred to the Hearings & Decisions Staff to be scheduled for a hearing. You will receive a Notice of Hearing under separate cover. Should you have any questions regarding this matter, please contact the Board at the above address or by telephoning (410) 786-2671.

For the Board:

Gary B. Blodgett, DDS
Board Member

cc: Hosea Hampton, Blue Cross & Blue Shield of Alabama
    Wilson C. Leong, BCBSA

RECEIVED JUN 1 3 2005