# EXHIBIT 4



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671    FAX: 410-786-5298

Suzanne Cochran, Esq., Chairperson
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

Refer to:

## CERTIFIED MAIL

Health Management Associates, Inc.
Kenneth M. Koopman
Senior Vice President of Reimbursement
5811 Pelican Bay Boulevard, Suite 500
Naples, FL 34108 2710

JUL 2 6 2006

Re: Upstate Carolina Medical Center, Provider No. 42-0043, FYE 9/30/2003, PRRB Case No. 06-0559

Dear Mr. Koopman:

The Provider Reimbursement Review Board ("Board") has reviewed the above-captioned appeal in response to your June 15, 2006 reinstatement request. We note this case was dismissed for failing to file its preliminary position paper.

After a thorough review of the above-captioned appeal the Board has decided to reinstate this appeal. The Parties are hereby notified that final position papers must be filed with the Board in accordance with your February 2, 2006 acknowledgement and critical due date letter. (Copy attached.) Failure of the Provider to timely comply with this deadline will result in the dismissal of this appeal. Failure of the Intermediary to comply with the deadline will result in the Board contracting the Center for Medicare and Medicaid Services regarding contract compliance, and the appeal will be scheduled for hearing.

Board Members:
Suzanne Cochran, Esq. Chairperson
Gary B. Blodgett, DDS
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

FOR THE BOARD

*Gary B. Blodgett*

Gary B. Blodgett, DDS
Board Member

cc: Mutual of Omaha Insurance Company
Terry Gouger, Appeals Supervisor
P.O. Box 1604
Omaha, NE 68101

Enclosure (1)