# EXHIBIT 6

Case 1:06-cv-01413-CKK    Document 15-7    Filed 02/21/2007    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL-GOLDEN
TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST.
JOSEPH HOSPITAL, AND BAPTIST MEMORIAL
HOSPITAL-DESOTO HOSPITAL
350 N. HUMPHREY'S BLVD.
MEMPHIS, TN 38120

      Plaintiffs,

VS.

MICHAEL O. LEAVITT, IN HIS
OFFICIAL CAPACITY AS SECRETARY
OF THE DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

      Defendant.

CIVIL ACTION NO. 1:06CV01413
Hon. Colleen Kollar-Kotelly

ORAL HEARING REQUESTED

## ORDER

Upon consideration of Plaintiffs' Motion To Amend Scheduling Order and Permit Discovery, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED;** and it is

**FURTHER ORDERED** that:

    A.    Plaintiffs will serve document requests on Defendant by March 19, 2007;

    B.    The Defendant will respond to the document requests within the time permitted under Fed. R. Civ. P. 34;

    C.    Plaintiffs' Motion for Summary Judgment shall be filed by June 18, 2007;

    D.    Defendant's Opposition and Cross Motion shall be filed by August 17, 2007;

2

E. Plaintiffs' Opposition and Reply shall be filed by October 1, 2007; and

F. Defendant's Reply shall be filed by November 15, 2007.

A scheduling conference will be scheduled and further notice will be sent to all parties.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DETROIT.2507432.1

2