IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL-GOLDEN TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST. JOSEPH HOSPITAL, AND BAPTIST MEMORIAL HOSPITAL-DESOTO HOSPITAL<br>350 N. HUMPHREY'S BLVD.<br>MEMPHIS, TN 38120<br><br>　　　　　Plaintiffs,<br><br>VS.<br><br>MICHAEL O. LEAVITT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　　　　Defendant.<br>_____/ | CIVIL ACTION NO. 1:06CV01413<br>Hon. Colleen Kollar-Kotelly<br><br>ORAL HEARING REQUESTED |

## ORDER

Upon consideration of Plaintiffs' Motion To Amend Scheduling Order and Permit Discovery, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED;** and it is

**FURTHER ORDERED** that:

　　　　A.　　Plaintiffs will serve document requests on Defendant by March 19, 2007;

　　　　B.　　The Defendant will respond to the document requests within the time permitted under Fed. R. Civ. P. 34;

　　　　C.　　Plaintiffs' Motion for Summary Judgment shall be filed by June 18, 2007;

　　　　D.　　Defendant's Opposition and Cross Motion shall be filed by August 17, 2007;

E. Plaintiffs' Opposition and Reply shall be filed by October 1, 2007; and

F. Defendant's Reply shall be filed by November 15, 2007.

A scheduling conference will be scheduled and further notice will be sent to all parties.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge

DETROIT.2507432.1