IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BAPTIST MEMORIAL HOSPITAL –** <br> **GOLDEN TRIANGLE et al.** <br><br> PLAINTIFFS <br><br> v. <br><br> **MICHAEL O. LEAVITT** <br> Secretary, Health and Human Services <br><br> DEFENDANT | ) <br> ) <br> ) <br> ) Case No. 1:06CV1413(CKK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

In consideration of the Plaintiffs' Unopposed Motion to Stay Briefing Deadlines, it is hereby Ordered that the briefing deadlines contained in the Court's January 26, 2007 Minute Order are hereby suspended and will be re-established following the Court's determination of the Plaintiffs' pending Motion to Amend Scheduling Order to Permit Discovery and final resolution of the current dispute over the completeness of the Administrative Record.

So Ordered, this date _____, 2007.

By: _____
District Court Judge Colleen Kollar-Kotelly