UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL-<br>GOLDEN TRIANGLE, BAPTIST<br>MEMORIAL HOSPITAL-ST. JOSEPH<br>HOSPITAL, AND BAPTIST MEMORIAL<br>HOSPITAL-DESOTO HOSPITAL<br><br>  Plaintiffs,<br><br>  v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:06CV01413 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S NOTICE CONCERNING
PLAINTIFFS' MOTION TO STAY BRIEFING DEADLINES
PENDING RESOLUTION OF MOTION TO AMEND SCHEDULING ORDER**

Defendant Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary") respectfully submits this Notice in order to clarify the record concerning Plaintiffs' March 1, 2007 filing of an "Unopposed Motion to Stay Briefing Deadlines Pending Resolution of Motion to Amend Scheduling Order to Permit Discovery and to Permit the Parties to Resolve Issues Related to Supplementing the Administrative Record" ("Pls.' Mot. to Stay"). See Document No. 16.

Plaintiff's motion accurately indicates that Defendant will not file an opposition to Plaintiff's motion. However, the motion does not further explain Defendant's position that he does not consent to a motion to suspend the scheduling order and believes that it is appropriate to proceed with the briefing on the merits, as the Court indicated in its previous Order. See Exhibits 1, 2 (email messages between counsel). Accordingly, Defendant hereby submits this

Notice to clarify that while Defendant will not file an opposition concerning the alteration of current deadlines, Defendant does not consent to staying the briefing schedule and does not believe that discovery is appropriate in this case.

        Respectfully submitted,

        / s /
        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar No. 498610

        / s /
        MEGAN L. ROSE
        Assistant United States Attorney
        N.C. Bar No. 28639
        Civil Division
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 514-7220/FAX: (202) 514-8780

        JONATHAN C. BRUMER
        D.C. Bar No. 463328
        U.S. Department of Health and Human Services
        Office of the General Counsel
        Centers for Medicare and Medicaid Services
         Division
        330 Independence Ave., S.W.
        Cohen Building, Room 5344
        Washington, D.C. 20201
        (202) 205-8703/FAX: (202) 401-1405

        Counsel for the Secretary