## Brumer, Jonathan (HHS/OGC)

**From:** Brumer, Jonathan (HHS/OGC)
**Sent:** Tuesday, February 27, 2007 3:47 PM
**To:** 'Les Alderman'
**Subject:** RE: Baptist Memorial-Golden Triangle et al. v. Leavitt

Les,
1. My understanding for what its worth is that, in part because of the 3 days for mailing rule, your Reply will actually be due after your opening brief is due. That being said, we don't consent to a motion to suspend the scheduling order. We think it is appropriate to proceed with the briefing on the merits, as the Court indicated in its Order.

2. I need to get back to you on your anticipated motion to supplement the administrative record. I am consulting with some people here about it, and will get back to you as soon as possible on that second issue.
-Jon

Jonathan C. Brumer
Attorney
U.S. Department of Health and Human Services Office of the General Counsel, Centers for Medicare & Medicaid Services Division 330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201

phone   202.205.8703
fax     202.401.1405

Notice: The contents of this message and any attachments may be privileged and confidential. Please do not disseminate without the approval of the Office of the General Counsel. If you are not an intended recipient, or have received this message in error, please delete it without reading it and please do not print, copy, forward, disseminate, or otherwise use the information. Also, please notify the sender that you have received this communication in error. Your receipt of this message is not intended to waive any applicable privilege.

-----Original Message-----
From: Les Alderman [mailto:lalderman@adhlawfirm.com]
Sent: Monday, February 26, 2007 5:39 PM
To: Brumer, Jonathan (HHS/OGC)
Subject: Baptist Memorial-Golden Triangle et al. v. Leavitt

Dear Jonathan,

Pursuant to our conversation earlier today, on behalf of the Plaintiffs in the Baptist Memorial Hospital - Golden Triangle, et al.
civil action, and at your request for an ameil communication, I write to discuss two matters:

First, as you are aware, on February 21, 2007 the plaintiffs filed their Motion to Amend Scheduling Order in order to provide an opportunity to conduct discovery. The government has 11 days (through March 5, 2007) to respond to that motion, and the plaintiffs have an additional 5-days (through March 12, 2007) to file their Reply. The Plaintiffs' opening brief is due to be filed shortly thereafter, by March 19, 2007. It is not clear, however, that the Court will rule on the discovery motion before that date.

We believe it is reasonable to move the Court to suspend the scheduling order pending the Court's determination of the pending motion and the anticipated motion to supplement the administrative record (discussed immediately below). In light of your anticipated cooperation and consent in this request, we would be happy to grant any reasonable extension of time you may wish to seek to file the government's opposition brief. Our thought was that it makes more sense to seek a suspension of the deadlines than to proffer specific filing deadlines, since we cannot predict the timing or outcome of the ruling.

1

The second item we need to discuss is our anticipated motion to supplement the administrative record. The Plaintiffs have identified several documents filed with or by the Board that are relevant to issues in litigation before the District Court that do not appear in the Administrative Record. Several of these documents are attached hereto. As you can see, these documents contain information that is pertinent to the Board's action that is currently under the court's review. As such, we request your consent, at a minimum to file these documents as additions to the Administrative Record, by way of a Joint Motion.

Please get back to me with your response as soon as possible. I think it will serve both of our clients' interests if we can demonstrate an ability to cooperate and resolve these issues (and therefore file joint or consent motions).

Thank you,


**Please note name and address change below**

Les Alderman
Alderman & Devorsetz, PLLC
The Blake Building
1025 Connecticut Avenue, NW
Suite 1000
Washington, D.C. 20036
Phone (202) 969-8220
Fax (202) 969-8224
E-mail lalderman@a-dlaw.com

****As of February 26, 2007, our new firm name will be Alderman, Devorsetz & Hora, PLLC and we will be located in Suite 615 of our current building. Our telephone and facsimile numbers will remain the same. My new contact information will be as follows:

Alderman, Devorsetz & Hora PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, DC 20036

Phone (202) 969-8220
Fax (202) 969-8224
E-mail lalderman@adhlawfirm.com
www.adhlawfirm.com

===
This e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client or other privileges, or contain non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, kindly notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.