**Brumer, Jonathan (HHS/OGC)**

**From:** Brumer, Jonathan (HHS/OGC)
**Sent:** Wednesday, February 28, 2007 10:41 AM
**To:** 'Marcus, Kenneth R.'
**Cc:** Les Alderman
**Subject:** RE: Baptist Memorial

Ken,
We said we would take no position on (i.e., don't consent to) your anticipated motion to suspend the scheduling order because we think it is appropriate to proceed with the briefing on the merits, as the Court indicated in its Order. We're not opposing your motion to suspend the scheduling order, but rather leaving it to the court's sound discretion.

We generally have no problem agreeing to reasonable requests for more time when the press of other business prevents counsel from being able to get to writing a brief, etc. But here it's different. The court has already ruled against your client on the discovery issue and agreeing to move the briefing schedule is inconsistent with our view (held consistently all along) that no discovery is appropriate here. So here agreeing to re-do the briefing schedule would go beyond just a recognition that we all get busy from time to time. It is actually inconsistent with our substantive position.

-Jon


Jonathan C. Brumer
Attorney
U.S. Department of Health and Human Services
Office of the General Counsel,
Centers for Medicare & Medicaid Services Division
330 Independence Ave., S.W.
Cohen Building, Room 5344
Washington, D.C. 20201

phone   202.205.8703
fax     202.401.1405

**Notice:** The contents of this message and any attachments may be privileged and confidential. Please do not disseminate without the approval of the Office of the General Counsel. If you are not an intended recipient, or have received this message in error, please delete it without reading it and please do not print, copy, forward, disseminate, or otherwise use the information. Also, please notify the sender that you have received this communication in error. Your receipt of this message is not intended to waive any applicable privilege.

---

**From:** Marcus, Kenneth R. [mailto:KMarcus@honigman.com]
**Sent:** Wednesday, February 28, 2007 8:29 AM
**To:** Brumer, Jonathan (HHS/OGC)
**Cc:** Les Alderman
**Subject:** Baptist Memorial

3/2/2007

Jon,

I was disappointed to see that the Secretary declined the Hospitals' request to reschedule the briefing schedule to enable the court first to decide the discovery motion. As you will recall, in the several cases in which you and I have worked together, including this one, I have always consented to the Secretary's requests for enlargement of time. Beyond professional courtesy, I think you would agree that it does not reflect well on either party when every single aspect of a case, including ministerial matters, becomes a controversy. I respectfully request that you reconsider in order to avoid the necessity for the Hospitals to file a unilateral motion.

Ken

# HONIGMAN

**Kenneth R. Marcus**
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506

- (313) 465-7470 (Phone)
- (313) 465-7471 (Fax)
- (248) 212-4598 (Cell)
- kmarcus@honigman.com
- www.honigman.com

*******************************************************************
IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.
*******************************************************************
Confidential: This electronic message and all contents contain information from the law firm of Honigman Miller Schwartz and Cohn LLP which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately (313.465.7000) and destroy the original message and all copies.
*******************************************************************