IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL-GOLDEN TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST. JOSEPH HOSPITAL, AND BAPTIST MEMORIAL HOSPITAL-DESOTO HOSPITAL<br><br>**Plaintiffs,**<br><br>v.<br><br>MICHAEL O. LEAVITT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>**Defendant.** | CIVIL ACTION NO.<br>1:06CV01413<br>Hon. Colleen Kollar-Kotelly |

### PLAINTIFFS' CONSENT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Baptist Memorial Hospital –Golden Triangle, Baptist Memorial Hospital – St. Joseph Hospital and Baptist Memorial Hospital – DeSoto (collectively, the "Hospitals") respectfully move this Court to amend the Court's January 26, 2007 Minute order docketed on January 26, 2007, as referenced in the Court's March 13, 2007 Minute order docketed on March 13, 2007. The Defendant consents to the Plaintiff's filing of this Motion, but does not join in it.

The Hospitals filed a Motion to Amend Scheduling Order to Permit Discovery on February 21, 2007, the Secretary filed his opposition on March 5, 2007 and the Hospitals filed their reply to the Secretary's opposition on March 12, 2007. The Court issued its decision denying the Hospitals' discovery motion by Minute order docketed on March 13, 2007. In addition, counsel for the Plaintiffs have been limited in their ability to meet the filing deadline

established in the Court's minute order by, among other things, out of town travel related to another matter in litigation before the District Court and opposing a Motion for Summary Affirmance in a matter before the District of Columbia Court of Appeals. Additionally, counsel for the Plaintiffs, Mr. Alderman, will be required to be out of the office on March 15 and 16, 2007 in order to care for a family member who will be undergoing surgery.

Wherefore, having shown good cause for the extension of time, the Plaintiffs respectfully request that the Court amend the scheduling order as follows:

>Plaintiffs' Motion for Summary Judgment: April 6, 2007.

>Defendant's Opposition and Cross Motion: June 6, 2007.

>Plaintiffs' Opposition and Reply: July 20, 2007.

>Defendant's Reply: September 3, 2007

For the convenience of the Court, the Plaintiffs have attached a proposed Order.

>Respectfully submitted,
>
>HONIGMAN MILLER SCHWARTZ AND COHN LLP
>Kenneth R. Marcus (DC Bar No MI 0016)
>660 Woodward Avenue
>2290 First National Building
>Detroit, Michigan 48226
>Phone: 313 465 7470
>Fax: 313 465 7471
>kmarcus@honigman.com
>
>ALDERMAN & DEVORSETZ, PLLC
>Leslie D. Alderman III (DC Bar No 477750)
>1025 Connecticut Ave., NW
>Suite 615
>Washington, D.C. 20036
>Tel. 202-969-8220
>Fax 202-969-8224
>lalderman@a-dlaw.com
>
>COUNSEL FOR PLAINTIFFS

Date: March 14, 2007

2