IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL-GOLDEN TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST. JOSEPH HOSPITAL, AND BAPTIST MEMORIAL HOSPITAL-DESOTO HOSPITAL<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | CIVIL ACTION NO.<br>1:06CV01413<br>Hon. Colleen Kollar-Kotelly |

## ORDER

In consideration of the Plaintiffs' Motion to Amend Scheduling Order, the scheduling order is hereby amended as follows:

      Plaintiffs' Motion for Summary Judgment: April 6, 2007.

      Defendant's Opposition and Cross Motion: June 6, 2007.

      Plaintiffs' Opposition and Reply: July 20, 2007.

      Defendant's Reply: September 3, 2007

So Ordered, this date _____, 2007.

                                                                                  By: _____
                                                                                  District Court Judge Colleen Kollar-Kotelly