EXHIBIT 1

February 14, 2003 Decision of PRRB

Regarding Harborview Medical Center



# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## PROVIDER REIMBURSEMENT REVIEW BOARD
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671  FAX: 410-786-5298

Suzanne Cochran, Esq., Chairperson
Henry C. Wessman, Esq.
Martin W. Hoover, Jr., Esq.
Gary B. Blodgett, D.D.S.

Refer to:
97-0945
98-2692G
CERTIFIED MAIL





FEB 1 4 2003

Mike Vanderlinde
Director
Harborview Medical Center
325 Ninth Avenue
Seattle, WA 98104

RE: Request to Add Issues and Transfer to Group Appeals
for Harborview Medical Center.
FYE 6/30/94
PRRB Case No. 97-0945

Dear Mr. Vanderlinde:

The Provider Reimbursement Review Board (Board) received your December 4, 2002, letter requesting to add two issues (Disproportionate Share Payment SSI Proxy and Disproportionate Share Payment SSI Enrollment Information) to appeal 97-0945. The letter also requested that the SSI Proxy issue be transferred to group appeal 98-2692G and the SSI Enrollment issue be transferred to group appeal 99-3222G.

The Board is hereby denying your request to transfer the issues to group appeal. The Board has determined that the calculation of the SSI% issue is factually specific to this Provider. The underlying data in determining Medicare SSI% varies from provider to provider and is unique to a specific provider based on their data, thus, this issue is not suitable for group appeal. Since this issue does not meet the criteria for a group appeal, the Board cannot grant your request to transfer this issue to case number 98-2692G or case number 99-3222G. The combined issue will be added to and remain with appeal 97-0945.

Sincerely,

Henry C. Wessman, Esq.
Board Member

CC:  Ron Knorr, Premera Blue Cross of Washington/Alaska, Mountlake Terrace, WA
     Wilson Leong, Blue Cross & Blue Shield Association
     James Ravindran, Quality Reimbursement Services, Arcadia, CA