IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL - GOLDEN
TRIANGLE, BAPTIST MEMORIAL
HOSPITAL - ST. JOSEPH HOSPITAL, AND
BAPTIST MEMORIAL HOSPITAL - DESOTO
HOSPITAL
350 N. HUMPHREY'S BLVD.                    Civil Action No.1:06CV01413
MEMPHIS, TN 38120                          Hon. Colleen Kollar-Kotelly

              Plaintiffs,

vs.

MICHAEL O. LEAVITT, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF THE
DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

              Defendant.

---

## PLAINTIFFS' STATEMENT OF MATERIAL FACTS

Plaintiffs Baptist Memorial Hospital - Golden Triangle, Baptist Memorial Hospital - St.

Joseph Hospital and Baptist Memorial Hospital - Desoto Hospital (collectively, the "Hospitals"),

by their attorneys Honigman Miller Schwartz and Cohn LLP and Alderman, Devorsetz & Hora

PLLC, respectfully file their statement of material facts. The Hospitals say as follows:

General

1.    This Statement of Material Facts sets forth all of the material facts presented by

the instant case, regarding which material facts there is no genuine issue.    Certain documents

evidencing facts material to the instant case are referenced in this Statement of Material Facts but

were not included in the Administrative Record in this case which the Defendant Secretary of

Health and Human Services filed with the Court. The reason such documents are not included in

the Administrative Record in this case is that such documents are part of the administrative record of other cases filed by the Plaintiffs.  The documents filed in such other cases evidence facts that are material to the instant case.

2.    Baptist Memorial Hospital –Golden Triangle ("BMH-Golden Triangle") is an acute care inpatient hospital located in Columbia, Mississippi and is organized as a nonprofit corporation exempt from federal income taxation as a charitable organization.   During the relevant period, Plaintiff BMH –Golden Triangle was certified as a "provider of services" participating in the Medicare program within the meaning of 42 U.S.C. § 1395x(u).

3.    During the relevant period, Plaintiff Baptist Memorial Hospital – St. Joseph Hospital ("BMH-St. Joseph") was an acute care inpatient hospital located in Memphis, Tennessee and was organized as a nonprofit corporation exempt from federal income taxation as a charitable organization.  During the relevant period, Plaintiff BMH St. Joseph  was certified as a "provider of services" participating in the Medicare program within the meaning of 42 U.S.C. § 1395x(u).

4.    Plaintiff Baptist Memorial Hospital – DeSoto ("BMH-DeSoto") is an acute care inpatient hospital located in South Haven, Mississippi and is organized as a nonprofit corporation exempt from federal income taxation as a charitable organization.  During the relevant period, Plaintiff BMH DeSoto was certified as a "provider of services" participating in the Medicare program within the meaning of 42 U.S.C. § 1395x(u).

5.    For the fiscal year at issue in this matter, the Hospitals' fiscal intermediary was Blue Cross Blue Shield Association and its subcontractor, Riverbend Government Benefits Administrator, collectively referred to herein as the "Intermediary."   Riverbend Government

Benefits Administrator is located at 730 Chestnut Street, Chattanooga, TN 37402.

Specific Facts Regarding the Claims of BMH –Golden Triangle

6.     On February 26, 2002, BMH-Golden Triangle filed a request for hearing regarding its fiscal year ended ("FYE") 9/30/98 with the Provider Reimbursement Review Board ("PRRB") which included a request to appeal two components of the Medicare disproportionate share hospital adjustment (the "DSH Adjustment"): Medicaid eligible days and the SSI%. (AR 404-407)   The PRRB assigned individual appeal Case No. 02-0958.

7.     On March 5, 2003, the law firm of Bennett Bigelow & Leedom, P.S. ("BBL") filed a letter with the PRRB on behalf of BMH-Golden Triangle requesting to transfer its appeal of the DSH Adjustment Medicaid eligible days component to BMHCC 98 Medicaid-Eligible Days Group Appeal, Case No. 02-1735G. (AR 408 & 409)

8.     On March 5, 2003, BBL filed a letter with the PRRB on behalf of BMH-Golden Triangle requesting to transfer its appeal of the DSH Adjustment SSI%  component to BMHCC 98 Medicare DSH SSI Proxy Group Appeal, Case No. 02-1736G. (Ex 1.)

9.     By letter dated May 21, 2002 the PRRB established BMHCC 98 Medicaid-Eligible Days Group appeal, Case No.02-1735G. (AR 414 & 415)

10.     By letter dated May 21, 2002 the PRRB established BMHCC 98 Medicare DSH SSI Proxy Group appeal, Case No.02-1736G. (Ex. 2.)

11.     By letter dated April 24, 2003 to the Board, the Provider furnished a list of Providers in PRRB Case Nos.02-1735G and 02-1736G describing in detail the issues under appeal. (AR 416-418)

12.     On July 30, 2003, the PRRB issued a letter to reimbursement consulting firm Quality Reimbursement Services, Inc. ("QRS") dismissing BMHCC 98 Medicaid-Eligible Days

Group Appeal, Case No. 02-1735G (AR 419) and BMHCC 98 Medicare DSH SSI Proxy Group Appeal, Case No. 02-1736G (Ex. 3.) for the stated reason that the preliminary position paper was not filed with the Intermediary and that a confirming letter regarding the filing of the preliminary position paper was not filed with the PRRB.

13.    On January 23, 2004, QRS requested, on behalf of the BMH-Golden Triangle and other providers, that the PRRB establish a group appeal for its FYE 9/30/1998 to appeal the DSH Adjustment Medicaid eligible days component.  (AR 420 & 421)

14.    On January 23, 2004, QRS requested, on behalf of BMH-Golden Triangle and other providers, that the PRRB establish a group appeal for its FYE 9/30/1998 to appeal the DSH Adjustment SSI% component.  (Ex. 4.)

15.    By letter dated February 23, 2004, the PRRB established BMH 98 Medicare DSH Medicaid Proxy Group, Case No. 04-0554G. (AR 422 & 423)

16.    By letter dated March 31, 2004, the PRRB established BMH 98 Medicare DSH SSI Proxy Group, Case No. 04-055G.  (Ex. 5.)

17.    By letter dated January 12, 2005, BMH-Golden Triangle notified the PRRB that it desired to participate in the group appeal of the DSH Adjustment Medicaid eligible days component, Case No. 04-0554G. (AR 424 & 425).

18.    By letter dated January 12, 2005, BMH-Golden Triangle notified the PRRB that it desired to participate in the group appeal of the DSH Adjustment SSI% component, Case No. 04-0554G. (Ex. 6.)

19.    By letter to the PRRB dated January 19, 2005, BBL requested, on behalf of BMH-Golden Triangle, that the DSH adjustment SSI% component be added to BMH-Golden Triangle's individual appeal, Case No. 02-0958, and transferred to BMHCC 98 Medicare DSH SSI Proxy Group Appeal, Case No. 04-0553G. (AR 410 & 411)

4

20.     By letter to the PRRB dated January 19, 2005, BBL requested, on behalf of BMH-Golden Triangle, that the DSH adjustment Medicaid eligible days component be added to BMH-Golden Triangle's individual appeal, Case No. 02-0958, and transferred to BMHCC 98 Medicare DSH SSI Proxy Group Appeal, Case No. 04-0554G. (Ex. 7.)

21.     On March 29, 2006 the PRRB closed Case No. 02-0958 in light of a settlement achieved by BMH-Golden Triangle and the Intermediary. (Ex. 8.)

Specific Facts Regarding the Claims of  BMH–DeSoto

22.     On November 23, 2001, BMH-DeSoto filed a request for hearing regarding its fiscal year ended ("FYE") 9/30/98 with the PRRB which included a request to appeal the DSH Adjustment components: Medicaid eligible days and the SSI%.  (AR 451-454)    The PRRB assigned individual appeal Case No. 02-0304.

23.     By letter to the PRRB dated April 17, 2002, BMH-DeSoto requested to transfer its appeal of the DSH Adjustment Medicaid eligible days component to BMHCC 98 Medicaid-Eligible Days Group Appeal, Case No. 02-1735G. (AR 677 & 678)

24.     By letter to the PRRB dated April 17, 2002, BMH-DeSoto requested to transfer its appeal of the DSH Adjustment Medicaid eligible days component to BMHCC 98 Medicare DSH SSI Proxy Group Appeal, Case No. 02-1736G. (Ex. 9.)

25.     By letter dated May 21, 2002 the PRRB established BMHCC 98 Medicaid-Eligible Days Group appeal, Case No.02-1735G. (AR 457 & 458)

26.     By letter dated May 21, 2002 the PRRB established BMHCC 98 Medicare DSH SSI Proxy Group appeal, Case No.02-1736G. (Ex. 10.)

27.     By letter dated April 24, 2003 to the Board, the Provider furnished a list of Providers in PRRB Case Nos.02-1735G and 02-1736G describing in detail the issues under

appeal.  The list of Providers did not include BMH-DeSoto. (AR 459-461)

28.     On July 30, 2003, the PRRB issued a letter to QRS dismissing BMHCC 98 Medicaid-Eligible Days Group Appeal, Case No. 02-1735G (AR 462) and BMHCC 98 Medicare DSH SSI Proxy Group Appeal, Case No. 02-1736G (See Ex. 3.) for the stated reason that the preliminary position paper was not filed with the Intermediary and that a confirming letter regarding the filing of the preliminary position paper was not filed with the PRRB.

29.     On January 23, 2004, QRS requested, on behalf of BMH-DeSoto and several other providers, that the PRRB establish a group appeal for its FYE 9/30/1998 to appeal the DSH Adjustment Medicaid eligible days component.  (AR 463 & 464)

30.     On January 23, 2004, QRS requested, on behalf of several providers, not including BMH-DeSoto that the PRRB establish a group appeal for its FYE 9/30/1998 to appeal the DSH Adjustment SSI% component.  (Ex. 4.)

31.     By letter dated March 31, 2004, the PRRB established BMH 98 Medicare DSH Medicaid Proxy Group, Case No. 04-0554G. (AR 465 & 466)

32.     By letter dated March 31, 2004, the PRRB established BMH 98 Medicare DSH SSI Proxy Group, Case No. 04-0553G.  (Ex. 5.)

33.     By letters to the PRRB dated January 12, 2005, BMH-DeSoto requested to participate in BMHCC 98 Medicare DSH SSI Proxy Group Appeal, Case No. 04-0553G and BMHCC 98 Medicare DSH Medicaid Proxy Group Appeal, Case No.04-0554G. (AR 467 & 468)

Specific Facts Regarding the Claims of  BMH–St. Joseph

34.     On August 16, 2001, BMH-St. Joseph filed a request for hearing regarding its fiscal year ended   ("FYE") 9/30/98 with the PRRB which included a request to appeal two

components of the Medicare disproportionate share hospital adjustment (the "DSH Adjustment"): Medicaid eligible days and the SSI%. (Ex. 11.) The PRRB assigned individual appeal Case No. 01-3359.

35. On January 21, 2002, BMH-St. Joseph added additional issues to its individual appeal. (Ex. 12.)

36. The Intermediary filed their Position Paper on March 27, 2002 addressing the two issues. (Ex. 13.)

37. On April 11, 2002, BMH St. Joseph filed a request with the PRRB to establish BMHCC 1998 Medicaid Eligible Days Group Appeal. (AR 496 & 497)

38. On April 11, 2002, BMH St. Joseph filed a request with the PRRB to establish BMHCC 1998 Medicare DSH SSI Proxy Group Appeal. (Ex. 14.)

39. By letter dated April 17, 2002 the Provider wrote to Ms. JoAnn Cerne, Health Insurance Specialist, Division of Acute Care, CMS, requesting the aggregate monthly SSI statistics for October 1, 1997 through December 10, 1998. (Ex. 15.)

40. The Provider filed their Position Paper on April 18, 2002 addressing the two issues. (Ex. 16.)

41 By letter dated May 21, 2002 the PRRB established BMHCC 98 Medicaid-Eligible Days Group appeal, Case No.02-1735G. (AR 498 & 499)

42. By letter dated May 21, 2002 the PRRB established BMHCC 98 Medicare DSH SSI Proxy Group appeal, Case No.02-1736G. (Ex. 2.)

43. By letter dated April 24, 2003 to the Board, the Provider furnished a list of Providers in PRRB Case Nos.02-1735G and 02-1736G describing in detail the issues under appeal. (AR 500-502)

44. On July 30, 2003, the PRRB issued a letter to QRS dismissing BMHCC 98

Medicaid-Eligible Days Group Appeal, Case No. 02-1735G (AR 503) and BMHCC 98 Medicare DSH SSI Proxy Group Appeal, Case No. 02-1736G (Ex. 3.) for the stated reason that the preliminary position paper was not filed with the Intermediary and that a confirming letter regarding the filing of the preliminary position paper was not filed with the PRRB.

45.     On January 23, 2004, QRS requested, on behalf of BMH-St. Joseph and several other providers, that the PRRB establish a group appeal for its FYE 9/30/1998 to appeal the DSH Adjustment Medicaid eligible days component.  (AR 504 & 505)

46.     On January 23, 2004, QRS requested, on behalf of BMH-St. Joseph and several other providers that the PRRB establish a group appeal for its FYE 9/30/1998 to appeal the DSH Adjustment SSI% component.  (Ex. 4.)

47.     By letter dated March 31, 2004, the PRRB established BMH 98 Medicare DSH Medicaid Proxy Group, Case No. 04-0554G. (AR 506 & 507)

48.     By letter dated March 31, 2004, the PRRB established BMH 98 Medicare DSH SSI Proxy Group, Case No. 04-0553G.  (Ex. 5.)

49.     The Provider submitted a Data Use Agreement on July 8, 2004 to obtain detailed SSI data from CMS. (Ex. 17.)

50.     The detailed SSI data is furnished by CMS on August 16, 2004 to the Provider's authorized representative. (AR 167-170)

51.     By letter to the PRRB dated January 12, 2005, QRS requested, on behalf of BMH-St. Joseph, that the DSH adjustment SSI% component be added to BMH-St. Joseph's individual appeal, Case No. 01-3359, and transferred to BMHCC 98 Medicare DSH SSI Proxy Group Appeal, Case No. 04-0553G. (Ex. 6.)

52.     By letter to the PRRB dated January 12, 2005, QRS requested, on behalf of BMH-St. Joseph, that the DSH adjustment Medicaid eligible days component be added to BMH-

St. Joseph's individual appeal, Case No. 01-3359, and transferred to BMHCC 98 Medicare DSH SSI Proxy Group Appeal, Case No. 04-0553G. (AR 508 & 509)

53.     By letter dated January 13, 2005, the Provider requested a correction of the SSI ratio based on the underlying records and CMS' SSI data.  The request was submitted to Mr. Donald Romano, Esq., Office of General Counsel, Department of Health & Human Services. (Ex. 18.)

54.     By letter dated November 1, 2006 the PRRB forwards last and final Notice of Hearing scheduled for 9.00 a.m. on May 31, 2007. (Ex. 19.)


**Specific Facts Regarding PRRB's Jurisdictional Determination and Decision**

55.     On April 5, 2005 the Intermediary raised a jurisdictional challenge to the inclusion of various hospitals in the BMHCC 98 Medicare DSH SSI Proxy Group, Case No.04-0553G. (AR 194 & 195)

56.     On May 5, 2005 the Provider responded to the jurisdictional challenges to the inclusion of various hospitals in the group, Case No.04-0553G. (AR 194 & 195)

57.     On January 12, 2006, at the request of the PRRB the Intermediary submitted a detailed jurisdictional challenge over the inclusion of the Hospitals, BMH-Golden Triangle, BMH-DeSoto and BMH-St. Joseph in BMH 98 Medicaid-Eligible Days Group, Case No. 04-0554G. (AR 25 & 26)

58.     On February 13, 2006, the Hospitals responded to the Intermediary's jurisdictional challenge. (AR 97 & 98, 171-186)

59.     On March 14, 2006, the PRRB issued a decision that it did not have jurisdiction over the Hospitals,  in   BMH 98 Medicare DSH SSI Proxy Group, Case No. 04-0554G. (AR 167-170)

60.    On April 17, 2006, QRS requested that the PRRB reconsider its March 28, 2006 decision that it did not have jurisdiction over BMH-Golden Triangle and BMH-St. Joseph and in BMHCC 98 Medicare DSH Medicaid Proxy Group Appeal, Case No. 04-0554G. (AR 92-94)

61.    On May 2, 2006, the PRRB issued a decision that it did not have jurisdiction over the Hospitals in BMHCC 98 Medicare DSH SSI Proxy Group Appeal, Case No. 04-0553G. (AR 64-66)

62.    On June 14, 2006, the PRRB denied the request for reconsideration of the jurisdictional decision in BMHCC 98 Medicare DSH Medicaid Proxy Group, Case No.04-0554G. (AR 89-91)

63.    By letter to the PRRB dated July 18, 2006, BBL requested on behalf of BMH-St. Joseph that the DSH Adjustment Medicaid eligible days component be transferred from BMHCC 98 Medicare DSH SSI Proxy Group Appeal, PRRB Case No. 04-0554G to BMH-St. Joseph's individual appeal, Case No. 01-3359.  (AR 36 & 37)

64.    By letter to the PRRB dated July 18, 2006, BBL requested on behalf of BMH-St. Joseph that the DSH Adjustment SSI% component be transferred from BMH-St. Joseph in BMHCC 98 Medicare DSH SSI Proxy Group Appeal, Case No. 04-0553G  to  BMH-St. Joseph's individual appeal, Case No. 01-3359.  (AR 38 & 39)

65.    By letter to BBL dated July 31, 2006, the PRRB granted the request of BMH-St. Joseph that the DSH Adjustment Medicaid eligible days component be transferred from PRRB Case No. 04-0554G to  BMH-St. Joseph's individual appeal, Case No. 01-3359.  (AR 86.)

66.    By letter to BBL dated July 31, 2006, the PRRB granted the request of BMH-St. Joseph that the DSH Adjustment SSI% component be transferred from PRRB Case No. 04-0553G to  BMH-St. Joseph's individual appeal, Case No. 01-3359.  (Ex. 20.)

67.    On July 28, 2006, the Intermediary challenged the jurisdiction of the PRRB over

the Medicaid eligible days component and the SSI% component in St. Joseph's individual appeal, Case No. 01-3359.   (AR 56-88.)

68.     By letter to the PRRB dated August 14, 2006, BBL requested to withdraw its request that the DSH Adjustment SSI% component be transferred from PRRB Case No. 04-0553G to  BMH-St. Joseph's individual appeal, Case No. 01-3359. (AR 54 & 55)

69.     By letter to the PRRB dated August 14, 2006, BBL requested to withdraw its request that   the DSH Adjustment Medicaid eligible days component be transferred from BMHCC 98 Medicare DSH Medicaid Proxy Group Appeal, PRRB Case No. 04-0554G to BMH-St. Joseph's individual appeal, Case No. 01-3359. (AR 54 & 55)

70.     By letter to BBL dated September 5, 2006, the PRRB issued a decision declining to assert jurisdiction over the Medicaid eligible days component and the SSI% component in St. Joseph's individual appeal, Case No. 01-3359.   (AR 51-53)

71.     By letter to the PRRB dated September 11, 2007, BBL requested that the PRRB withdraw its September 5, 2006 jurisdiction decision. (AR 2 & 3)

72.     By letter to BBL dated September 20, 2006, the PRRB denied the request of BBL that the PRRB withdraw its September 5, 2006 jurisdiction decision.  (AR 1.)

**BMHCC 98 Medicare DSH Medicaid Proxy Group, PRRB Case No.04-0554G**

73.   By letter dated July 7, 2005 the Provider forwarded the final position paper to the PRRB. (AR 252-331)

74.   By letter dated July 12. 2005 the Intermediary forwarded the final position paper to the PRRB. (AR 205-251)

75.    By letter dated January 4, 2006 the PRRB granted Expedited Judicial Review for Baptist Memorial Hospital 97-98 § 1115 Waiver Days Group. (Ex. 21.)

76.    By letter dated February 6, 2007 the Provider's Representative requested Expedited Judicial Review on Section 1115 Expanded Waiver Days. (Ex. 22.)

77.    By letter dated February 7, 2007 Provider's Representative withdrew its earlier request for EJR. (Ex. 23.)

78.    By letter dated March 7, 2007 the PRRB denied the request for EJR (Ex. 24.)

79.    The Provider and Intermediary agree to an Administrative Resolution dated March 12, 2007 for PRRB Case No.04-0554G, BMHCC 1998 Medicare DSH Medicaid Proxy Group Appeal. (Ex. 25.)

80.    By letter dated March 13, 2007 the Provider's Representative forwarded the Administrative Resolution to the PRRB. (Ex. 26.)

81.    By letter dated March 13, 2007 the PRRB formally closed the case. (Ex. 27.)


Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP


By:    Kenneth R. Marcus
       Kenneth R. Marcus (DC Bar No MI 0016)
       660 Woodward Avenue
       2290 First National Building
       Detroit, Michigan 48226
       Phone:  313 465 7470
       Fax:  313 465 7471
       kmarcus@honigman.com

and

ALDERMAN, DEVORSETZ  & HORA, PLLC

/s/ Leslie D. Alderman III
1025 Connecticut Ave., NW
Suite 615
Washington, D.C. 20036
Tel. 202-969-8220
Fax 202-969-8224
lalderman@adhlawfirm.com

COUNSEL FOR PLAINTIFFS

Date:  April ____, 2007

DETROIT.2572873.1