IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL - GOLDEN TRIANGLE, BAPTIST MEMORIAL HOSPITAL - ST. JOSEPH HOSPITAL, AND BAPTIST MEMORIAL HOSPITAL - DESOTO HOSPITAL<br>350 N. HUMPHREY'S BLVD.<br>MEMPHIS, TN 38120<br><br>      Plaintiffs,<br><br>vs.<br><br>MICHAEL O. LEAVITT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>      Defendant. | Civil Action No.1:06CV01413<br>Hon. Colleen Kollar-Kotelly |

## LIST OF EXHIBITS

Ex. 1: March 5, 2003 letter from Bennett, Bigelow & Leedom ("BBL") law firm to the PRRB.

Ex. 2: May 21, 2002 letter from the PRRB to Quality Reimbursement Services ("QRS").

Ex. 3: July 30, 2003 letter from the PRRB to QRS.

Ex. 4: January 23, 2004 letter from QRS to the PRRB.

Ex. 5: March 31, 2004 letter from the PRRB to QRS.

Ex. 6: January 12, 2005 letter from Baptist Memorial Health Care Corporation ("BMHCC") to the PRRB

Ex. 7: January 19, 2005 letter from BBL to the PRRB.

Ex. 8: March 29, 2006 letter from the PRRB to BBL.

Ex. 9: April 17, 2002 letter from BMHCC to the PRRB.

Ex. 10: May 21, 2002 letter from the PRRB to BMHCC provider representative Amrish Mathur.

Ex.11: August 16, 2001 letter from BMHCC to the PRRB and September 6, 2001 PRRB reply to BMHCC provider representative.

Ex.12: January 21, 2002 letter from BMHCC to the PRRB.

Ex.13: Intermediary's Preliminary Position Paper dated March 27, 2002. Exhibits to the Position Paper are not included due to their length.

Ex.14: April 11, 2002 letter from BMHCC to the PRRB.

Ex.15: April 17, 2002 letter from QRS to JoAnn Cerne.

Ex.16: April 18, 2002 letter from QRS to the PRRB (transmitting Final Position Paper).

Ex.17: July 8, 2004 letter from CMS to BMHCC (transmitting Data Use Agreement).

Ex.18: January 13, 2005 letter from BMHCC to Mr. Donald Romano, Esq. Exhibits to the letter are not included due to their length.

Ex.19: November 1, 2006 letter from the PRRB to BBL and BCBSA.

Ex.20: July 31, 2006 letter from the PRRB to BBL.

Ex.21: January 4, 2006 letter from the PRRB to BBL.

Ex.22: February 6, 2007 letter from QRS to the PRRB.

Ex.23: February 7, 2007 letter from QRS to the PRRB.

Ex.24: March 7, 2007 letter from the PRRB to QRS.

Ex.25: March 12, 2007 Administrative Resolution for PRRB Case No.04-0554G.

Ex.26: March 13, 2007 QRS letter to the PRRB.

Ex.27: March 13, 2007 letter from the PRRB to QRS.