# EX.1



**Bennett Bigelow & Leedom, P.S.**

March 5, 2003

Susan L. Fine
Attorney

**Via Certified Mail - Return Receipt Requested**

Mr. Steven R. Kirsh
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, MD 21244-2670

received
03/20

Re:   Baptist Memorial Hospital – Golden Triangle (Columbus, Mississippi, Lowndes County)
Provider Number: 25-0100
FYE 9/30/98
Intermediary: Riverbend Government Benefits Administrator
Individual PRRB Case Number: 02-0958
**Request to Transfer Issue to BMHCC 98 Medicare DSH SSI Proxy Group Appeal, PRRB Case No. 02-1736G**

Dear Mr. Kirsh:

Bennett Bigelow & Leedom, P.S. is the provider representative in the individual appeal pending before the Provider Reimbursement Review Board ("PRRB"), Case No. 02-0958, for Baptist Memorial Hospital – Golden Triangle ("Provider"), Provider No. 25-0100, FYE 9/30/98. The Provider hereby requests to transfer the following issue from the Provider's individual appeal (PRRB Case No. 02-0958) to the PRRB group appeal, <u>BMHCC 98 Medicare DSH SSI Proxy Group Appeal</u>, PRRB Case No. 02-1736G:

   Disproportionate Share ("DSH") Supplemental Security Income ("SSI") Proxy issue, Adjustment No. 25, listed as Issue No. 3 in the Provider's request for hearing filed with the PRRB on February 26, 2002

The DSH SSI issue being transferred was included in the Provider's request for hearing filed with the PRRB on February 26, 2002, which was appealed from a Notice of Program Reimbursement dated September 18, 2001. In addition the DSH SSI issue is common in material fact and law to the group appeal issue.

Please direct all future correspondence regarding the DSH SSI issue to the provider group representative for the group appeal, which is identified on the enclosed PRRB acknowledgement and which is listed below:

Mr. Steven R. Kirsh
March 5, 2003
Page 2

                Quality Reimbursement Services
                Amrish C. Mathur
                150 N. Santa Anita Avenue
                Suite 570A
                Arcadia, CA 91006

      Thank you for your attention to this matter. Please contact me at (206) 622-5511 if you have any questions.

                Very truly yours,

                BENNETT BIGELOW & LEEDOM, P.S.

                Susan L. Fine
                Designated Representative for Baptist Memorial
                Hospital – Golden Triangle's Individual Appeal

SLF:jlh
Enclosure

cc:   Mr. Paul Trower
      Baptist Memorial Health Care Corporation

      Mr. Amrish C. Mathur
      Quality Reimbursement Services

      Mr. Mike Shaver
      Riverbend Government Benefits Administrator

      Sanford E. Pitler, Esq.
      Ms. Jennifer L. Hampton
      Bennett Bigelow & Leedom, P.S.

w:\wdclient\1789\00042\mm304730.doc