# EX.2



DEPARTMENT OF HEALTH AND HUMAN SERVICES
PROVIDER REIMBURSEMENT REVIEW BOARD
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671          FAX: 410-786-5298

Irvin W. Kues, Chairman
Henry C. Wessman, Esq.
Stanley J. Sokolove, C.P.A.
Gary B. Blodgett, D.D.S.
Suzanne Cochran, Esq.

Refer to:

CERTIFIED MAIL
- - - - - - - - - - - - - -

MAY 2 1 2002

Quality Reimbursement Services
Amrish C. Mathur
150 N. Santa Anita Avenue
Suite 570A
Arcadia, CA 91006

Re: Group Acknowledgment and Critical Due Dates
    Case Number: 02-1736G
    Group Name: BMHCC 98 Medicare DSH SSI Proxy Group
    Appealed Year - FYE: 12/10/98
    Group Representative: Amrish C. Mathur

The Provider Reimbursement Review Board ("Board") has received your
request for a group appeal.  You will need to obtain a copy of the Board's
instructions which are located on the Board's web site at
www.hcfa.gov/regs/prrb.htm.  If Internet access is not available to you,
you may call the Board at (410) 786-2671 and request that a copy be
mailed to you.

You must reference the case number and group title on all future
correspondence with the Board.  If any of the above information is
incorrect, you must inform the Board, in writing, within 30 days of
this letter.

DUE DATES & REQUIRED DOCUMENTS
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

1st of May 2003: The Group Representative is to mail a letter to the
    Board stating that the group is complete and identifying the
    lead intermediary.  The Group Representative must also forward
    the lead intermediary a copy of this Group Acknowledgment and
    Critical Due Dates letter.

1st of July 2003: The Group Representative must file a preliminary
    position paper with the lead intermediary (with a letter to the
    Board certifying that the preliminary due date has been met and
    a copy of the first page only of the preliminary position paper).
    The Group Representative must also complete and submit the
    Schedule of Providers with associated jurisdictional
    documentation to the lead intermediary.

1st of September 2003: The lead intermediary must file a preliminary
    position paper with the Group Representative (with a letter to
    the Board certifying that preliminary due date has been met and
    a copy of the first page only of the preliminary position
    paper).  The lead intermediary must also forward the Schedule
    of Providers, the associated jurisdictional documents and
    comments regarding jurisdiction to the Board.

1st of November 2003: Final position papers are due from both parties.



DEPARTMENT OF HEALTH AND HUMAN SERVICES
PROVIDER REIMBURSEMENT REVIEW BOARD
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671          FAX: 410-786-5298

Irvin W. Kues, Chairman
Henry C. Wessman, Esq.
Stanley J. Sokolove, C.P.A.
Gary B. Blodgett, D.D.S.
Suzanne Cochran, Esq.

Refer to:

The Group Representative is responsible for pursuing the group appeal in accordance with the Board's Instructions. You must file all required documentation, including position papers, regardless of any outstanding jurisdictional challenges, motions or subpoena requests. If the group representative misses any of its due dates, the Board will dismiss the group appeal.  The Board will not send a due date reminder.  If the Intermediary fails to meet its deadlines, the Board will contact the Centers for Medicare & Medicaid Services (CMS) about contract compliance and will schedule a hearing date.

TENTATIVE HEARING DATE
----------------------

March 2004: Tentative month and year of hearing.

The Board will send the parties a Notice of Board Hearing to notify you of the specific time, date and location of the hearing.  The Notice of Hearing will be issued at least 30 days prior to the actual hearing date.

OPTIONS
-------

The Group Representative may make a written request, at any time, that:
     the month of hearing be rescheduled to an earlier month;
     the case be heard based on the submitted record;
     the case be conducted by video or teleconference;
     the case be resolved through alternative dispute resolution/mediation;
     the case be reviewed in a pre-hearing conference with a Board member.

The Group Representative must continue to follow the due dates set forth in this letter until you are advised regarding your request by the Board.

Steven R. Kirsh
Division of Jurisdiction and Case Management

cc: Mr. Wilson Leong, BCBSA
    225 N. Michigan Avenue
    Chicago, Illinois  60601-7680

    Mutual Of Omaha
    Mr. Tom Bruce
    Medicare Audit and Reimbursement
    P.O. Box 1604
    Omaha, Nebraska  68101

    Mike Shaver
    Appeals Coordinator
    730 Chestnut Street, Third Floor
    Chattanooga, TN 37402 1790