# EX.3



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671     FAX: 410-786-5298

Suzanne Cochran, Esq., Chairperson
Martin W. Hoover, Jr., Esq.
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA

Refer to:
02-1736G         CERTIFIED MAIL
                 --------------

30 JUL 2003

Quality Reimbursement Services
Amrish C. Mathur
150 N. Santa Anita Avenue
Suite 570A
Arcadia, CA 91006

received 8/01

RE: BMHCC 98 Medicare DSH SSI Proxy Group
    Provider No. Various
    FYE 12/10/98

FILE
BMHCC 98 Medicare DSH SS Proxy Group

Dear Amrish C. Mathur:

The Provider Reimbursement Review Board (the Board) advised you that this case would be dismissed in its Acknowledgement & Critical Due Dates letter if preliminary position papers were not submitted to the Intermediary by July 1, 2003. You were also advised to supply the Board with a letter certifying that the preliminary position paper due date had been met and a copy of the first page only of the preliminary position paper.

Pursuant to the Board's above cited letter and its Instructions effective March 1, 2002, "If you fail to meet the preliminary position paper due date and fail to supply the Board with the required documentation, the Board will dismiss your appeal for failure to follow Board procedure." Upon review of the above-referenced appeal, it was noted that the preliminary position paper was not submitted to the Intermediary and the required information was not submitted to the Board. Therefore, the Board hereby dismisses this case and removes it from the docket.

FOR THE BOARD:

*Elaine Crews Powell*
Board Member

Enclosure

cc: Mr. Wilson Leong, BCBSA
    225 N. Michigan Avenue
    Chicago, IL 60601-7680

    Riverbend Government Benefits Admin.
    Mike Shaver
    Appeals Coordinator
    730 Chestnut Street, Third Floor
    Chattanooga, TN 37402 1790