# EX.4

## QUALITY REIMBURSEMENT SERVICES
### Healthcare Consultants

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**



FILE
BMH - Golden Triangle

January 23, 2004

Ms. Suzanne Cochran, Esq.
Chairperson
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, MD 21244-2670

Re:   Initial Request for Hearing – Group Appeal
      Title of Group: BMHCC 1998 Medicare DSH SSI Proxy Group Appeal

Dear Ms. Cochran:

The following Providers seek a hearing before the Provider Reimbursement Review Board pursuant to 42 CFR 405.1835 and 405.1837. The aggregate amount of Medicare reimbursement in dispute for the group will exceed $50,000.

| PROV. NO. | PROVIDER NAME | FYE | INTERMEDIARY | CASE# |
|---|---|---|---|---|
| 25-0006 | BMH – Union County | 09/30/1998 | Riverbend GBA | 02-0635 |
| 25-0034 | BMH – North Mississippi | 09/30/1998 | Riverbend GBA | 02-0678 |
| 25-0100 | BMH – Golden Triangle | 09/30/1998 | Riverbend GBA | 02-0958 |
| 44-0048 | BMH Medical Center – East | 09/30/1998 | Riverbend GBA | 02-1656 |
| 44-0071 | BMH – St. Joseph Hospital | 12/10/1998 | Riverbend GBA | 01-3359 |

The common issue before the Board will be:

**Disproportionate Share Payment**

    **SSI Proxy**

    The Provider contends that the Intermediary did not determine Medicare DSH reimbursement in accordance with the statutory instructions at 42 U.S.C. 1395ww(d)(5)(F)(i). Specifically, the provider disagrees with the intermediary's calculation of the computation of the disproportionate patient percentage set forth at 42 C.F.R. 412.106(b)(2)(i) of the Secretary's regulations. The provider contends that the intermediary did not furnish the matching data from which the SSI proxy had been derived, and that this validation information has been withheld on the basis of a statement in the commentary to the 1995 final rule for inpatient PPS. See 60 Fed. Rep. 45811-12 (Sept. 1 1995). The statement indicates that the SSI eligibility data used for this DSH calculation is not available to verify provider's disproportionate patient percentage because it is protected by the Privacy Act. The intermediary cannot support its reliance on a statement that occurs in the preamble of a published rule but is not supported by the regulatory text or by the authorizing statute.

---

*150 N. Santa Anita Avenue, Ste 570A, Arcadia, CA 91006 • Tel. (626) 445-5092 • Fax (626) 821-4488*
*Offices in: Spokane, Chicago, Colorado Springs, Detroit & Birmingham*

Suzanne Cochran, Esq.
January 23, 2004
Page 2 of 2

> A system of records entitled Medicare Provider Analysis and Review ("MEDPAR"), HHS/HCFA/OIS, 09-07-009 was published in the Federal Register on August 18, 2000, 65 Fed. Reg. 50548 (August 18, 2000). This system of records was purported to establish a system to collect and disseminate the information necessary "to recalculate Supplemental Security Income ("SSI") ratios for hospitals that are paid under the [Prospective Payment System] and serve a disproportionate share of low-income patients." Id. This data is a key component in determining whether affected hospitals may be entitled to increased reimbursement under Part A of the Medicare program. The regulations impose restrictive conditions that do not permit the provider to obtain and reconcile the SSI data maintained by CMS with provider records. Provider therefore contends that this is not in conformance with the statutory provisions of DSH reimbursement.

The Provider requests that the above issue be added to the pending individual appeals noted above, and that the issue be transferred to the Group Appeal. The individual appeals otherwise remain pending before the Board regarding other issues.

Sincerely,

*[signature]*

Amrish C. Mathur
Associate

cc:   Mr. Paul Trower, Director of Reimbursement, BMHCC, 899 Madison Avenue, Memphis, TN 38146.

   Mr. Mike Shaver, Riverbend Government Benefits Administrator, 730 Chestnut Street, Chattanooga, TN 37402-1790

   Mr. Wilson Leong, PRRB Appeals Coordinator, Blue Cross Blue Shield Association, 225 N. Michigan Avenue, IL 60601





