# EX.5



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671          FAX: 410-786-5298

Suzanne Cochran, Chairperson
Martin W. Hoover, Jr., Esq.
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani

## CERTIFIED MAIL

MAR 3 1 2004

Quality Reimbursement Services
Amrish C. Mathur
150 N. Santa Anita Avenue
Suite 570A
Arcadia, CA 91006



**FILE**
Grp App'l

RE: Group Acknowledgement and Critical Due Dates
    Case Number: 04-0553G
    Group Name: BMHCC 98 Medicare DSH SSI Proxy Group
    Appealed Year – FYE: 12/31/1998
    Group Representative Name: Quality Reimbursement Services

The Provider Reimbursement Review Board ("Board") has received your request for a hearing. You will need to obtain a copy of the Board's instructions which are located on the Board's web site at http://www.cms.hhs.gov/providers/prrb/prrb.asp. If internet access is not available to you, you may call the Board at (410) 786-2671 and request that a copy be mailed to you.

You must reference the case number and provider information on all correspondence with the Board. If any of the above information is incorrect, you must inform the Board, in writing, within 30 days of this letter.

## DUE DATES

**1st of February 2005**
The Group Representative is to mail a letter to the Board stating that group is complete and identifying the lead intermediary.

**1st of April 2005**
The Group Representative must file a preliminary position paper with the lead intermediary (with a letter to the Board certifying that the preliminary due date has been met and a copy of the first page only of the preliminary position paper.) The Group Representative must also complete and submit the Schedule of Providers with associated jurisdictional documentation to the lead intermediary.

**1st of June 2005**
The lead intermediary must file a preliminary position paper with the Group Representative (with a letter to the Board certifying that the preliminary due date has been met and a copy of the first page only of the preliminary position paper.) The lead intermediary must also forward the Schedule of Providers, the associated jurisdictional documents and comments regarding jurisdiction to Board.

**1st of August 2005**
Final position papers due to the Board from both Parties.

## DISMISSALS

The group representative is responsible for pursuing the group appeal in accordance with the Board's procedures, which are outlined in the Board's Instructions. You must file all required documentation, including position papers, regardless of any outstanding jurisdictional challenges, motions or subpoena requests. If the group representative misses any of its due dates, the Board will dismiss the group appeal. The Board will not send a due date reminder. If the Intermediary fails to meet its deadlines, the Board will contact the Centers for Medicare and Medicaid Services (CMS) about contract compliance and will schedule a hearing date.

## TENTATIVE HEARING DATE

**December 2005:** Tentative month and year of hearing.

The Board will send the parties a Notice of Board Hearing to notify you of the specific time, date and location of the hearing. The Notice of Hearing will be issued at least 30 days prior to the actual hearing date.

## OPTIONS

You may make a written request, at any time, that:
- your month of hearing be rescheduled to an earlier month;
- your case be heard based on the submitted record;
- your case be conducted by video or teleconference;
- your case be resolved through alternative dispute resolution/mediation;
- your case be reviewed in a pre-hearing conference with a Board member.

The group representative must continue to follow the due dates set forth in this letter until the Board acknowledges such request.

Steven R. Kirsh, Director
Division of Jurisdiction & Case Management

cc:  Riverbend Government Benefits Admin.
     Mike Shaver
     Appeals Coordinator
     730 Chestnut Street, Third Floor
     Chattanooga, TN 37402

     Wilson C. Leong
     BC & BS Association
     225 North Michigan Avenue
     Chicago, IL 60601-7680 1790



**U.S. Department of Health and Human Services**
Provider Reimbursement Review Board
2520 Lord Baltimore Drive - Suite L
Baltimore, MD 21244-2670

7160 3901 9848 4442 7340
RETURN RECEIPT REQUESTED

Quality Reimbursement Services
Amrish C. Mathur
150 N. Santa Anita Avenue
Suite 570A
Arcadia, CA 91006