# EX.7



Bennett Bigelow & Leedom, P.S.

Law Offices

January 19, 2005

Kelly A. Thomas
Attorney
kthomas@bbllaw.com

**Via Certified Mail - Return Receipt Requested**

Suzanne Cochran, Esq.
Chairperson
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, MD 21244-2670

Re:   Baptist Memorial Hospital – Golden Triangle
      Provider Number: 25-0100
      FYE 9/30/98
      Intermediary: Riverbend Government Benefits Administrator
      Individual PRRB Case Number: 02-0958
      **Request to Add and Transfer Issue to BMHCC 98 Medicaid – Eligible Days
      Group Appeal, PRRB Case No.: 04-0554G**

Dear Ms. Cochran:

Bennett Bigelow & Leedom, P.S. is the provider representative in the individual appeal pending before the Provider Reimbursement Review Board ("PRRB"), Case No. 02-0958, for Baptist Memorial Hospital – Golden Triangle ("Provider"), Provider No. 25-0100, FYE 9/30/98. The Provider hereby requests to add the following issue to the Provider's individual appeal (PRRB Case No. 02-0958) and transfer the issue to the PRRB group appeal, <u>BMHCC 98 Medicaid – Eligible Days Group Appeal</u>, PRRB Case No.: 04-0554G:

> <u>**Disproportionate Share – Medicaid Eligible Days**</u>: **Whether the Intermediary erred in determining the Provider's number of Medicaid days for purposes of the DSH calculation.**

This issue is common in material fact and law to the group appeal issue. The Provider will provide the pertinent page(s) of the audit adjustment report and estimated reimbursement impact calculation when the group representative submits the jurisdictional documentation for the group appeal.

Please direct all future correspondence regarding the DSH Medicaid Eligible Days issue to the provider group representative listed below:

Suzanne Cochran, Esq.
January 19, 2005
Page 2

>Quality Reimbursement Services
>Amrish C. Mathur
>150 N. Santa Anita Avenue
>Suite 570A
>Arcadia, CA 91006

Thank you for your attention to this matter. Please contact me at (206) 622-5511 if you have any questions.

>Very truly yours,
>
>BENNETT BIGELOW & LEEDOM, P.S.
>
>*Kelly A. Thomas*
>
>Kelly A. Thomas
>Designated Representative for Baptist Memorial
>Hospital – Golden Triangle's Individual Appeal

KAT:jle

cc:   Mr. Paul Trower
      Baptist Memorial Health Care Corporation

      Mr. Amrish C. Mathur
      Quality Reimbursement Services

      Mr. Mike Shaver
      Riverbend Government Benefits Administrator

      Mr. Wilson Leong
      Blue Cross Blue Shield Association

      Ms. Jennifer L. Endres
      Bennett Bigelow & Leedom, P.S.

w:\wdclient\1789\00042\mm502391.doc




**Bennett Bigelow & Leedom, P.S.**

Kelly A. Thomas
Attorney
kthomas@bbllaw.com

Law Offices
January 19, 2005

FILE
Client TB
BMH - Golden Triangle
1998

**Via Certified Mail - Return Receipt Requested**

Suzanne Cochran, Esq.
Chairperson
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, MD 21244-2670

Re: Baptist Memorial Hospital – Golden Triangle
Provider Number: 25-0100
FYE 9/30/98
Intermediary: Riverbend Government Benefits Administrator
Individual PRRB Case Number: 02-0958
**Request to Add and Transfer Issue to BMHCC 98 Medicare DSH SSI Proxy Group Appeal, PRRB Case No.: 04-0553G**

Dear Ms. Cochran:

Bennett Bigelow & Leedom, P.S. is the provider representative in the individual appeal pending before the Provider Reimbursement Review Board ("PRRB"), Case No. 02-0958, for Baptist Memorial Hospital – Golden Triangle ("Provider"), Provider No. 25-0100, FYE 9/30/98. The Provider hereby requests to add the following issue to the Provider's individual appeal (PRRB Case No. 02-0958) and transfer the issue to the PRRB group appeal, <u>BMHCC 98 Medicare DSH SSI Proxy Group Appeal</u>, PRRB Case No.: 04-0553G:

<u>**Disproportionate Share – SSI Percentage**</u>: **Whether the Intermediary erred in determining the Provider's SSI percentage for purposes of the DSH calculation.**

This issue is common in material fact and law to the group appeal issue. The Provider will provide the pertinent page(s) of the audit adjustment report and estimated reimbursement impact calculation when the group representative submits the jurisdictional documentation for the group appeal.

Please direct all future correspondence regarding the DSH SSI issue to the provider group representative listed below:

Suzanne Cochran, Esq.
January 19, 2005
Page 2

        Quality Reimbursement Services
        Amrish C. Mathur
        150 N. Santa Anita Avenue
        Suite 570A
        Arcadia, CA 91006

Thank you for your attention to this matter. Please contact me at (206) 622-5511 if you have any questions.

        Very truly yours,

        BENNETT BIGELOW & LEEDOM, P.S.

        *(signature)*

        Kelly A. Thomas
        Designated Representative for Baptist Memorial
        Hospital – Golden Triangle's Individual Appeal

KAT:jle

cc:   Mr. Paul Trower
       Baptist Memorial Health Care Corporation

       Mr. Amrish C. Mathur
       Quality Reimbursement Services

       Mr. Mike Shaver
       Riverbend Government Benefits Administrator

       Mr. Wilson Leong
       Blue Cross Blue Shield Association

       Ms. Jennifer L. Endres
       Bennett Bigelow & Leedom, P.S.

w:\wdclient\1789\00042\mm502393.doc