# EX.8

*logged*



# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## PROVIDER REIMBURSEMENT REVIEW BOARD
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671          FAX: 410-786-5298

Suzanne Cochran, Chairperson
Martin W. Hoover, Jr., Esq.
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani-West

**CERTIFIED MAIL**                                      29 MAR 2005

Refer to:  02-0958

Bennett Bigelow & Leedom, P.S.
Sanford E. Pitler
1700 Seventh Avenue
Suite 1900
Seattle, WA 98101 1397

COPY RECEIVED
TIME _____ BY _____
APR - 4 2005

RE:  Baptist Memorial Hosp - Golden Triangle
     Provider No. 25-0100
     FYE 9/30/1998

Dear Sanford E. Pitler:

The Provider Reimbursement Review Board ("Board") is in receipt of your correspondence in which you request that the above-captioned appeal be withdrawn.  The Board assumes that you have read and followed the Board's instructions (which were issued on March 1, 2002) regarding the withdrawal of your appeal.  The Board hereby grants your request for withdrawal and closes the appeal.

For the Board:

Board Member

cc:

Riverbend Government Benefits Admin.
Mike Shaver
Appeals Coordinator
730 Chestnut Street, Third Floor
Chattanooga, TN 37402

Wilson C. Leong
BC & BS Association
225 North Michigan Avenue
Chicago, IL  60601-7680

**DOCKETED**
INT ___ DATE