# EX.9

 # Baptist

Memorial Health Care Corporation
Reimbursement Department
899 Madison Avenue
Memphis, TN 38146 -- Telephone No. (901) 227-4792    Fax No. (901) 227-5323

April 17, 2002

**Via Certified Mail - Return Receipt Requested**

Mr. Steven R. Kirsh
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, MD 21244-2670

> Re:    Baptist Memorial Hospital - Desoto
>        Provider Number: 25-0141
>        Individual PRRB Case Number: 02-0304
>        Fiscal Year Ending: 9/30/98
>        Transfer of DSH-SSI Proxy Issue to Pending Group Appeal

Dear Mr. Kirsh:

Pursuant to 42 C.F.R. § 405.1841(a)(1), the Provider hereby requests that the following issue be added to the appeal referenced below:

## Disproportionate Share Payment – SSI Proxy

The provider contends that the fiscal intermediary did not determine Medicare DSH reimbursement in accordance with the statutory instructions at 42 USC 1395ww(d)(5)(C)(i). Specifically, the provider disagrees with the calculation of the disproportionate patient percentage set forth at 42 CFR 412.106(b)(2)(i) of the Secretary's regulations. The provider contends that the intermediary did not furnish the matching data from which the SSI proxy had been derived, and that this validation information has been withheld on the basis of a statement in the commentary to the 1995 final rule for inpatient Prospective Payment System (PPS). See 60 FR 45811-12 (September 01, 1995). The statement indicates that the SSI eligibility data used for this DSH calculation is not available to verify provider's disproportionate patient percentage because it is protected by the Privacy Act. The intermediary cannot support its reliance on a statement that occurs in the preamble of a published rule but is not supported by the regulatory text or by the authorizing statute.

{1789.00016/MM142126.DOC. Ver. 1}

A system of records entitled Medicare Provider Analysis and Review (MEDPAR) HHS/HCFA/OIS 09-07-009 was published in the Federal Register on August 18, 2000, 65 FR 50548. This system of records was purported to establish a system to collect and disseminate the information necessary "to recalculate Supplemental Security Income (SSI) ratios for hospitals that are paid under the [Prospective Payment System] and serve a disproportionate share of low-income patients." Id. This data is a key component in determining whether affected hospitals may be entitled to increased reimbursement under Part A of the Medicare program. The regulations impose restrictive conditions that do not permit the provider to obtain and reconcile the SSI data maintained by CMS with provider records. Provider therefore contends that this is not in conformance with the statutory provisions of DSH reimbursement.

Through this letter, the Provider is transferring the above issue to the pending group appeal:

**Title of Group:  BMHCC 1998 Medicare DSH SSI Proxy Group Appeal**

For this Group Appeal we hereby appoint as our representative before the Provider Reimbursement Review Board:

> Mr. Amrish Mathur
> Quality Reimbursement Services
> 150 N. Santa Anita
> Suite 570A
> Arcadia, CA  91006

We continue to designate Susan L. Fine, Bennett Bigelow & Leedom, P.S., as our representative for the individual appeals.

Very truly yours,

Paul Trower,
System Director of Reimbursement

cc:    Mr. Mike Shaver
Riverbend Government Benefits Administrator

Mr. Wilson Leong
Blue Cross Blue Shield Association

Susan Fine
Bennett Bigelow & Leedom, P.S.

{1789.00016/MM142126.DOC. Ver. 1}

 # Baptist

Memorial Health Care Corporation
Reimbursement Department
899 Madison Avenue
Memphis, TN 38146 -- Telephone No. (901) 227-4792    Fax No. (901) 227-5323

April 17, 2002

**Via Certified Mail - Return Receipt Requested**

Mr. Steven R. Kirsh
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, MD 21244-2670

> Re:    Baptist Memorial Hospital - Desoto
> Provider Number: 25-0141
> Individual PRRB Case Number: 02-0304
> Fiscal Year Ending: 9/30/98
> Transfer of DSH-Medicare Percentage Issue to Pending Group Appeal

Dear Mr. Kirsh:

Pursuant to 42 C.F.R. § 405.1841(a)(1), the Provider hereby requests that the following issue be added to the appeal referenced below:

## Disproportionate Share Payment – Medicaid Percentage

The provider contends that the fiscal intermediary did not determine Medicare reimbursement for disproportionate share hospitals (DSH) in accordance with the statutory instructions at 42 USC 1395ww(d)(5)(C)(i). Specifically, the provider disagrees with the calculation of the second computation of the disproportionate patient percentage, set forth at 42 CFR 412.106(b)(4) of the Secretary's regulations. The Intermediary, contrary to the regulation, failed to include as Medicaid-eligible days services to patients eligible for Medicaid as well as patients eligible for general assistance.

For this Group Appeal we hereby appoint as our representative before the Provider Reimbursement Review Board:

{1 "" 00016/ fM142126.DOC, Ver. 1}

Mr. Amrish Mathur
Quality Reimbursement Services
150 N. Santa Anita
Suite 570A
Arcadia, CA  91006

We continue to designate Susan L. Fine, Bennett Bigelow & Leedom, P.S., as our representative for the individual appeals.

Through this letter, the Provider is transferring the above issue to the pending group appeal:

**Title of Group:  BMHCC 1998 Medicaid-Eligible Days Group Appeal**

For this Group Appeal we hereby appoint as our representative before the Provider Reimbursement Review Board:

Mr. Amrish Mathur
Quality Reimbursement Services
150 N. Santa Anita
Suite 570A
Arcadia  CA  91006

We continue to designate Susan L. Fine, Bennett Bigelow & Leedom, P.S., as our representative for the individual appeals.

Very truly yours,

Paul Trower

Paul Trower,
System Director of Reimbursement

cc:    Mr. Mike Shaver
       Riverbend Government Benefits Administrator

       Mr. Wilson Leong
       Blue Cross Blue Shield Association

       Susan Fine
       Bennett Bigelow & Leedom, P.S.