# EX.11



Baptist Memorial Health Care Corporation

<u>Certified Mail</u>

August 16, 2001

Mr. Irvin W. Kues
Chairman
Provider Reimbursement Review Board
2520 Lord Baltimore Drive
Suite L
Baltimore, MD 21244-2670

       Re:         Provider Name - BMH – St. Joseph Hospital
       Provider Number: 44-0071
       Intermediary:   Riverbend GBA
       Subject:       Request For A Medicare Appeal

NOTICE OF AMOUNT - PROGRAM REIMBURSEMENT
<u>Notice Date</u>                     <u>Fiscal Year</u>
July 26, 2001               Period 12/1/1997 through 12/10/1998

Dear Mr. Kues:

The above referenced provider is seeking a hearing before the Provider Reimbursement Review Board pursuant to 42 C.F.R. 405.1835 and 405.1837.

Issue 1        Disproportionate Share Payment

The provider contends that the intermediary did not determine Medicare DSH reimbursement in accordance with the statutory instructions at 42 U.S.C. 1395ww(d)(5)(C)(i). Specifically, the provider disagrees with the intermediary's calculation of the computation of the disproportionate patient percentage set forth at 42 C.F.R. 412.106(b)(2)(i) of the Secretary's regulations.

Amount in Dispute     $150,000

Reimbursement Department • 899 Madison Avenue • Memphis, TN 38146
Telephone No. (901) 227-4792 • Fax No. (901) 227-5323

Page 2
August 16, 2001

Issue 2     SSI Proxy

The provider contends that the intermediary did not furnish the matching data from which the SSI proxy had been derived, and that this validation information has been withheld on the basis of a statement in the commentary to the 1995 final rule for inpatient PPS. See 60 Fed. Reg. 45811-12 (Sept. 1 1995). The statement indicates that the SSI eligibility data used for this DSH calculation is not available to verify provider's disproportionate patient percentage because it is protected by the Privacy Act. The intermediary cannot support its reliance on a statement that occurs in the preamble of a published rule but is not supported by the regulatory text or by the authorizing statute.

A system of records entitled Medicare Provider Analysis and Review ("MEDPAR"), HHS/HCFA/OIS, 09-07-009 was published in the Federal Register on August 18, 2000, 65 Fed. Reg. 50548 (August 18, 2000). This system of records was purported to establish a system to collect and disseminate the information necessary "to recalculate Supplemental Security Income ("SSI") ratios for hospitals that are paid under the [Prospective Payment System] and serve a disproportionate share of low-income patients." Id. This data is a key component in determining whether affected hospitals may be entitled to increased reimbursement under Part A of the Medicare program. The regulations impose restrictive conditions that do not permit the provider to obtain and reconcile the SSI data maintained by CMS with provider records. Provider therefore contends that this is not in conformance with the statutory provisions of DSH reimbursement.

Amount In Dispute    $75,000

For this appeal, we are designating the under mentioned as the representative:

Mr. Amrish Mathur
Quality Reimbursement Services
150 N. Santa Anita
Suite 570A
Arcadia, California 91006


Sincerely,

*Paul Trower*

Paul Trower
Director of Reimbursement


Cc: Mike Shaver, Riverbend GBA

Reimbursement Department • 899 Madison Avenue • Memphis, TN 38146
Telephone No. (901) 227-4792 • Fax No. (901) 227-5323



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
P. O. Box 31712, Baltimore, Maryland 21207-8712
Courier: 7500 Security Blvd., Room C1-09-13, Baltimore MD 21244-1850
Phone: 410-786-2671          FAX: 410-786-5298

Irvin W. Kues, Chairman
Henry C. Wessman, Esq.
Martin W. Hoover, Jr., Esq.
Charles R. Barker
Stanley J. Sokolove

Refer to:

CERTIFIED MAIL
---------------

SEP 0 6 2001

Quality Reimbursement Services
Amrish Mathur
150 North Santa Anita
Suite 570A
Arcadia, CA 91006

Re: Acknowledgment, Critical Due Dates, and Instructions

Dear Amrish Mathur:

The Provider Reimbursement Review Board ("Board") has received your request for a hearing. To pursue your appeal in accordance with the Board's procedures, you will need to obtain a copy of the Board's instructions. You may do so by accessing the Board's web site at www.hcfa.gov/regs/prrb.htm. If Internet access is not available to you, you may call the Board at (410) 786-2671 and request that a copy be mailed to you.

You may request, in writing that your month of hearing be rescheduled to an earlier month. Another accelerated hearing process is available by requesting a Hearing on the Record. The Board also entertains written requests for alternate dispute resolution through a mediation process or pre-hearing conferences with a Board member. If you request any of these options, you must continue to follow the due dates set forth in this letter until you are advised regarding your request by the Board.

If you miss any of your due dates, the Board will dismiss your appeal. If the intermediary fails to meet its deadlines, the Board will contact the Health Care Financing Administration about contract compliance and schedule a hearing date. Except for the Notice of Board Hearing, which will inform you of a hearing date, the Board will not send further reminders of due dates.

IDENTIFYING INFORMATION
-----------------------

Case Number: 01-3359
Date Filed: 08/16/01
Provider Name: BMH - St. Joseph Hospital
Provider Number: 44-0071
Appealed Year - FYE: 12/10/98
Provider Representative: Amrish Mathur, Quality Reimbursement Services
Fiscal Intermediary Name: Riverbend Government Benefits Admin.

Case 1:06-cv-01413-CKK    Document 21-17    Filed 04/06/2007    Page 5 of 6



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
P. O. Box 31712, Baltimore, Maryland 21207-8712
Courier: 7500 Security Blvd., Room C1-09-13, Baltimore MD 21244-1850
Phone: 410-786-2671        FAX: 410-786-5298

Irvin W. Kues, Chairman
Henry C. Wessman, Esq.
Martin W. Hoover, Jr., Esq.
Charles R. Barker
Stanley J. Sokolove

Page 2

Refer to: 01-3359

LIST OF ISSUES DUE DATES
------------------------

You are to file the List with the intermediary: 30 days from the date of this letter, if not submitted with the request for a hearing.

The intermediary is to file the List with the Board: 60 days from receipt by the intermediary of the List of Issues.

You must file jurisdictional briefs with the Board: 30 days from receipt of a jurisdictional challenge, if applicable.

MONTH OF HEARING AND POSITION PAPER DUE DATES
---------------------------------------------

1st of February 2002: preliminary position papers due to the intermediary (but not the Board).

1st of May 2002: final position papers and accompanying materials due to the Board.

September 2002: month and year of hearing.

DOCUMENTS DUE TO THE BOARD WITHIN 30 DAYS OF THIS LETTER
--------------------------------------------------------

Final determinations, audit adjustment pages for the issues in dispute, and a letter of representation, if applicable, if not submitted with the appeal letter.

If any of the identifying information is incorrect, you must inform the Board in writing within 30 days of this letter.

Sincerely,

Steven R. Kirsh
Director, Division of Jurisdiction and Case Management

cc: BC & BS Association            Riverbend Government Benefits Admin.
    Wilson C. Leong                Mike Shaver
    225 North Michigan Avenue      Appeals Coordinator
    Chicago, IL 60601-7680         730 Chestnut Street, Third Floor
                                   Chattanooga, TN 37402 1790

**U.S. DEPARTMENT OF**
**HEALTH & HUMAN SERVICES**
Provider Reimbursement Review Board
Medicare Geographic Classification Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, Maryland 21244-2670

Official Business

CERTIFIED MAIL

7160 3901 9844 5713 8853

RETURN RECEIPT REQUESTED

Quality Reimbursement Services
Amrish Mathur
150 North Santa Anita
Suite 570A
Arcadia, CA 91006

91006-3113 19

received 9/10/01 KP

[Postmark: BALTIMORE MD SEP 06 01]
[Postage meter: 04.17  H 515444]