# EX.12



## Baptist Memorial Health Care Corporation

**Via Certified Mail - Return Receipt Requested**

Monday, January 21, 2002

Chairman
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore MD  21244-2670

Reference:    Baptist Memorial Hospital – St. Joseph Hospital
              Medicare Provider Number:  44-0071
              Individual PRRB Case Number:  01-3359
              Cost Report Fiscal Year End:  December 10, 1998
              Notice of Program Reimbursement dated:  July 26, 2001

              Request for Add Issues to the Appeal


Dear Chairman:

Pursuant to 42 CFR Section 405.1841(a), Baptist Memorial Hospital – St. Joseph Hospital (44-0071) hereby requests to add the following issues to the Provider's appeal, PRRB Case Number 01-3359:


## APPEAL ISSUES

### Issue 1:   Contingency Costs
The Fiscal Intermediary (FI) removed contingency costs in Adjustment 11, stating "due to lack of documentation." These costs represent post-closing costs for which the provider now has documentation. The FI cited HCFA Pub. 15-I, sections 2176 & 2304. (Workpaper B-401)

The hospital was closed on December 10, 1998 and subsequent costs have been accumulated to support the estimated expense at closing. We request that the adjustment be reversed and reviewed in light of the supporting documentation. The estimated reimbursement effect is $70,000.

### Issue 2:   5.8% Payment Reduction
The Fiscal Intermediary adjusted Medicare Outpatient Ancillary charges in adjustment 15. This adjustment includes Inpatient Ancillary Part B charges. (Workpaper F-200)



On September 28, 2001, the Centers for Medicare and Medicaid Services (CMS) issued Program Memorandum A-01-125. This Program Memorandum (PM) asserts that the 5.8% payment reduction should not be applied to inpatient ancillary services.

We request that the settlement be recalculated after removing the 5.8% payment reduction factor from the Inpatient Part B ancillary charges. We believe this is consistent with the Medicare reopening regulation.

The estimated reimbursement effect is $1,300.

## SUMMARY

These 2 issues involve 2 audit adjustments and are worth approximately $71,300.

I have enclosed the following documentation:
1) Copy of the Notice of Medicare Program Reimbursement dated July 26, 2001.
2) Copy of each audit adjustment.

We hereby appoint Bennett Bigelow & Leedom, P.S. to act as our representative before the Provider Reimbursement Review Board. The hospital requests the Board to direct all correspondence and communications relating to this appeal to Ms. Fine at the address noted below. Thank you for your attention to this matter.

> Susan L. Fine
> Bennett Bigelow & Leedom, P.S.
> 999 Third Avenue, Suite 2150
> Seattle WA 98104

Sincerely,

Paul Trower
Director, Reimbursement

Enclosures
cc:    Blue Cross Plan Appeals Coordinator (Chicago)
       Mike Shaver, Appeals Coordinator
       Susan Fine, Provider Representative

Reimbursement Department    •    899 Madison Avenue    •    Memphis TN  38146
901-227-5174    •    Fred.Staats@BMHCC.org    •    Fax 901-227-5323
C:\WINDOWS\TEMP\LTR - STJ 98 request to add issues to appeal.doc