# EX.14



# Baptist Memorial Health Care Corporation

**Via Overnight Delivery**

Thursday, April 11, 2002

Chairman
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670

Re:     Initial Request for Hearing – Group Appeal
        Title of Group: BMHCC 1998 Medicare DSH SSI Proxy Group Appeal

Dear Chairman,

The following providers seek a hearing before the Provider Reimbursement Review Board pursuant to 42 CFR 405.1835 and 405.1837. The aggregate amount of Medicare reimbursement in dispute for the group will exceed $50,000.

| Provider Number | 25-0006 | 44-0071 |
|---|---|---|
| Provider Name | BMH – Union County | BMH – St. Joseph Hosp |
| FYE | 09/30/1998 | 12/10/1998 |
| Intermediary | Riverbend GBA | Riverbend GBA |
| Case # | 02-0635 | 01-3359 |
| City | New Albany | Memphis |
| County | Union County | Shelby County |
| State | Tennessee | Tennessee |

The common issue before the Board will be:

## Disproportionate Share Payment – SSI Proxy

The provider contends that the fiscal intermediary did not determine Medicare DSH reimbursement in accordance with the statutory instructions at 42 USC 1395ww(d)(5)(C)(i). Specifically, the provider disagrees with the calculation of the disproportionate patient percentage set forth at 42 CFR 412.106(b)(2)(i) of the Secretary's regulations. The provider contends that the intermediary did not furnish the matching data from which the SSI proxy had been derived, and that this validation information has been withheld on the basis of a statement in the commentary to the 1995 final rule for Inpatient Prospective Payment System (PPS). See 60 FR 45811-12 (September 01, 1995). The statement indicates that the SSI eligibility data used for this DSH calculation is not available to verify provider's disproportionate patient percentage because it is protected by the Privacy Act. The intermediary cannot support its reliance on a statement that occurs in the preamble of a published rule but is not supported by the regulatory text or by the authorizing statute.



A system of records entitled Medicare Provider Analysis and Review (MEDPAR) HHS/HCFA/OIS 09-07-009 was published in the Federal Register on August 18, 2000, 65 FR 50548. This system of records was purported to establish a system to collect and disseminate the information necessary "to recalculate Supplemental Security Income (SSI) ratios for hospitals that are paid under the [Prospective Payment System] and serve a disproportionate share of low-income patients." Id. This data is a key component in determining whether affected hospitals may be entitled to increased reimbursement under Part A of the Medicare program. The regulations impose restrictive conditions that do not permit the provider to obtain and reconcile the SSI data maintained by CMS with provider records. Provider therefore contends that this is not in conformance with the statutory provisions of DSH reimbursement.

The provider requests that the above issue be added to the individual appeal for Union County, and then be transferred from both Union County and St. Joseph to the Group Appeal. The individual appeals otherwise remain pending before the Board regarding other issues.

For this Group Appeal we hereby appoint as our representative before the Provider Reimbursement Review Board:

Mr. Amrish Mathur
Quality Reimbursement Services
150 N. Santa Anita
Suite 570A
Arcadia CA 91006

We continue to designate Susan L. Fine, Bennett Bigelow & Leedom, P.S., as our representative for the individual appeals.

Sincerely,

Paul Trower

Paul Trower
Director, Reimbursement

cc:    Blue Cross Plan Appeals Coordinator (Chicago)
Mike Shaver, Appeals Coordinator (Riverbend GBA)
Amrish Mathur, Provider Representative