# EX.15

# QUALITY REIMBURSEMENT SERVICES
### Healthcare Consultants

April 17, 2002

Ms. JoAnn T. Cerne
Health Insurance Specialist
Division of Acute Care
Center for Medicare and Medicaid Services
7500 Security Blvd., Mailstop C4-07-07
Baltimore, MD 21244-1850

Re:   Provider Name    :   BMH – St. Joseph Hospital
      Provider Name    :   44-0071
      PRRB Case Number :   01-3359
      Fiscal Period Ended : December 10, 1998

Dear Ms. Cerne:

This is in reference to the letter (attached) from Marcus Christ, Supervisory Trial Attorney, Office of the General Counsel informing the Provider Reimbursement Review Board that it is no longer required to issue subpoenas for Patients who were recipients of Supplemental Security Income (SSI), since the data can be obtained from CMS (Center for Medicare and Medicaid Services.

We understand that you are authorized to furnish aggregate monthly SSI statistics that do not identify patients. Please forward the data for the under mentioned period.

   October 1, 1997 through December 10, 1998

If you have any questions, please feel free to contact me at (626) 445-5092.

Sincerely,

*[signature]*

J. C. Ravindran
President

cc:   Mr. Mike Shaver, Appeals Coordinator, Riverbend Government Benefits Administrator, 730 Chestnut Street, Third Floor, Chattanooga, TN 37402-1790

      Mr. Fred Staats, Reimbursement Manager, Baptist Memorial Healthcare Corporation, 899 Madison Avenue, Memphis, TN 38146
Encl.

JCR:DR