# EX.18

BAPTIST MEMORIAL HEALTH CARE CORPORATION

<u>**CERTIFIED MAIL**</u>

January 13, 2005

Mr. Donald Romano Esq.
Office of the General Counsel
Department of Health & Human Services
Room C2-05-23
7500 Security Boulevard
Baltimore, MD 21244-1850

Re:  Provider Name       : Baptist Memorial Hospital St. Joseph
     Provider Number     : 44-0071
     PRRB Case Number    : 01-3359
     Fiscal Year Ended   : December 10, 1998
     Adjustment of the SSI Ratio

Dear Mr. Romano:

This is in reference to the MEDPAR data that we received from CMS for the above fiscal year.

Based on the updated listing obtained from CMS the published SSI percentage should be amended as follows:

   The Published SSI Data for FYE 9/30/1998                          :  0.28286
   The Amended SSI Data as per CMS' MEDPAR File for FYE 12/10/1998:   0.286455

Please advise the Medicare Intermediary to reflect the amended SSI percentage when determining Medicare DSH payments for FYE December 10, 1998.

If you have any questions, please feel free to contact me at (901) 227-4792.

Sincerely,

*Paul Trower*

Paul Trower
System Director, Reimbursement

cc (cover letter only):  Mike Shaver, Riverbend Government Benefits Administrator, Chattanooga, TN
                         James C. Ravindran, Quality Reimbursement Services, Arcadia, CA

Enclosure



## BAPTIST MEMORIAL HEALTH CARE CORPORATION
### 350 North Humphreys Boulevard, 3rd Floor
### Memphis, TN 38120

**Date:** 1/13/2005

**To:** Jim Ravindran   **Company:** QRS

**Fax:** 626.821.4488   **Pages** *including cover:* 2

**From:** Marion Goyer   **Ph:** 901.227.5327
**Fax:** 901.227.5323

**Message:**

Following is a copy of the letter to Donald Romano, Dept. of Health & Human Services, regarding adjustment of the SSI ratio for FY 98 St. Joseph Hospital.

Copy of the same will be mailed to your Arcadia office to Amrish's attention.

The information contained in this facsimile message is legally privileged and confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the Postal Service and we will reimburse you for the postage. Thank you.

# BAPTIST MEMORIAL HOSPITAL ST. JOSEPH

PROVIDER NUMBER: 44-0071

ADJUSTMENT OF THE SSI RATIO

FISCAL YEAR ENDED: DECEMBER 10, 1998

---

## EXHIBITS

Exhibit 1 :  Letter dated August 16, 2004 from the Office of Information Services at CMS forwarding the MEDPAR file for FYE September 30, 1999.

Exhibit 2 :  MEDPAR File EDG7865.F1997 & EDG7865.F.98

Exhibit 3 :  Published SSI Ratio for FYE September 30, 1999.

Exhibit 4 :  Estimated increase in DSH payment