# EX.19


logged cc: Ming Tarnishia



| | DEPARTMENT OF HEALTH AND HUMAN SERVICES | Suzanne Cochran, Chairperson |
| --- | --- | --- |
| | PROVIDER REIMBURSEMENT REVIEW BOARD | Gary B. Blodgett, D.D.S. |
| | 2520 Lord Baltimore Drive, Suite L | Elaine Crews Powell, CPA |
| | Baltimore MD 21244-2670 | Anjali Mulchandani-West |
| | Phone: 410-786-2671           FAX: 410-786-5298 | Yvette C. Hayes |

### CERTIFIED MAIL

NOV 0 1 2006

Refer to: 01-3359

BMHCC REIMB.

Bennett Bigelow & Leedom, P.S.  
Linda M. Coleman  
1700 Seventh Avenue  
Suite 1900  
Seattle, WA 98101-1397

NOV - 6 2006

RECEIVED

Blue Cross Blue Shield Association  
Bernard M. Talbert, Esquire  
Associate Counsel  
225 North Michigan Avenue  
Chicago, IL 60601-7680

COPY RECEIVED
TIME _____ BY _____

1789.037

NOV 0 3 2006

BENNETT BIGELOW
& LEEDOM

RE: Last & Final Notice of Hearing – No Further Reschedules  
BMH - St. Joseph Hospital  
Provider No. 44-0071  
FYE: 12/10/1998

If you have any questions regarding this Notice, please call your Board Advisor, Jeff Miller on (410) 786-5596.

Paul J. Crofton, Director  
Division of Hearings and Decisions

Enclosure  
Last & Final Notice of Hearing – No Further Reschedules  
Acknowledgment  
Instructions for Submitting Documents and Exhibits

cc: Riverbend Government Benefits Admin.  
Mike Shaver  
Appeals Coordinator  
730 Chestnut Street, Third Floor  
Chattanooga, TN 37402

Wilson C. Leong  
BC & BS Association  
225 North Michigan Avenue  
Chicago, IL 60601-7680

* NOTE: Please reference the case number in all communications directly beneath the mailing address on envelopes and package labels.

Case Number: 01-3359                                               ENCLOSURE

Re: BMH - St. Joseph Hospital; Provider No. 44-0071; FYE: 12/10/1998

## LAST & FINAL NOTICE OF HEARING – NO FURTHER RESCHEDULES

Pursuant to the provider's request for a Provider Reimbursement Review Board ("Board") hearing under the provisions of section 1878 of the Social Security Act, codified at 42 U.S.C. § 1395oo, and the authority granted to the Board in the regulations at 42 C.F.R. § 405.1849, a hearing will be held at 9:00 a.m. on 5/31/2007. If the provider has not retained counsel and anticipates doing so, it should do so at this time in order to provide sufficient opportunity for counsel to prepare this case for hearing. The Parties will be contacted shortly by the Board staff member to determine whether a pre-hearing conference is necessary. The Board will consider on-the-record hearings, telephonic hearings, or video conferencing hearings if requested by the parties.

Copies of the Board's Hearing Instructions can be found at cms.hhs.gov/providers/prrb/prrb.asp.

The above hearing date is firm and will be rescheduled only on the Board's own initiative. Please note that there will be no further notice about this hearing to the parties. The hearing will be conducted at the Windsor Corporate Park, located at 2520 Lord Baltimore Drive, Suite L, Baltimore, Maryland, 21244-2670, to decide:

- contingent costs
- 5.8% outpatient payment reduction

The enclosed Acknowledgment form must be returned immediately upon receipt of this letter stating that you will be present at the above time and place.

NOTE: Five (5) additional copies of your position paper should be submitted to the Board no sooner than five (5) working days prior to the scheduled hearing. Please call the Board Advisor stated on the notice before submitting your additional copies of position papers.

Case Number: 01-3359

Re: BMH - St. Joseph Hospital; Provider No. 44-0071; FYE: 12/10/1998

## Composition of the Board

A quorum consists of three Board members, one of whom is a representative of providers. A quorum is required for rendering Board decisions. 42 C.F.R. § 405.1845(d). (All members routinely participate in rendering Board decisions even though they may not have been in attendance when the hearing was conducted.)

A quorum is not required, however, for conducting the actual hearing. When multiple hearings are held on the same day, a quorum may not always be available to conduct the hearing. Every effort will be made by the Office of Hearings to have a full Board or quorum available on the day of a hearing. If a quorum is not available on the day of hearing, the case may be heard by one or two Board members. If, however, you wish to have your case heard by a quorum of the Board, the Office of Hearings will accommodate this request, although it may result in a slight delay in the hearing date.

## ACKNOWLEDGMENT

We hereby acknowledge receipt of LAST & FINAL hearing notice – NO FURTHER RESCHEDULES for the above case and confirm that:

1. We will be present at 9:00 a.m. on 5/31/2007, in the Board hearing rooms at the Windsor Corporate Park, located at 2520 Lord Baltimore Drive, Suite L, Baltimore, Maryland.

2. The issues are acceptable as stated (all other issues previously appealed have been resolved by parties or withdrawn).

3. We have read the enclosure entitled Hearing Instructions and shall conform to its provisions.

4. We are aware that five (5) copies of our previously submitted position paper are due five (5) working days prior to the scheduled hearing.

_____
Signature

_____
Title

_____
Organization

_____
Date