# EX.20

<mark>Case 1:06-cv-01405-CKK    Document 21-26    Filed 04/06/2007    Page 2 of 2</mark>



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
PROVIDER REIMBURSEMENT REVIEW BOARD
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671      FAX: 410-786-5298

Suzanne Cochran, Esq., Chairperson
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

Refer to: 01-3359

**CERTIFIED MAIL**

JUL 3 1 2006

**FILE**
*CLIENT* 98

Ms. Linda M. Coleman
Bennett Bigelow & Leedom, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1397

RE:   BMH - St. Joseph Hospital
      Provider No.: 44-0071
      FYE - 12/10/1998
      PRRB Case No.: 01-3359

Dear Ms. Coleman:

The Provider Reimbursement Review Board ("Board") is in receipt of your letter dated July 18, 2006 requesting that the Disproportionate Share Payment - SSI Proxy issue for the subject Provider be transferred out of PRRB group appeal case number 04-0553G and back into the above-captioned individual appeal. The Board hereby **grants** your request.

The Board notes that final position papers have been filed in case number 01-3359 and that the appeal is scheduled to be heard by the Board on November 9, 2006. Therefore, the Parties are to brief the issue being transferred back into the individual appeal, if it has not done so already. The Parties' supplemental papers are due to the Board on or before September 14, 2006.

Pursuant to the Board's Instructions, any issue(s) not addressed in a position paper will be dismissed by the Board.

Board Members:
Suzanne Cochran
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

FOR THE BOARD:

*Anjali Mulchandani-West*

Anjali Mulchandani-West
Board Member

cc:   Bernard M. Talbert, Esquire
      Associate Counsel
      BlueCross BlueShield Association
      225 North Michigan Avenue
      Chicago, IL 60601-7680

      Mike Shaver
      Appeals Coordinator
      Riverbend Govt. Benefits Administrators
      730 Chestnut Street, Third Floor
      Chattanooga, TN 37402

      ✓Amrish C. Mathur (CN: 04-0553G)
      Quality Reimbursement Services
      150 N. Santa Anita Avenue
      Suite 570A
      Arcadia, CA 91203