# EX.23

# QUALITY REIMBURSEMENT SERVICES
## Healthcare Consultants

<u>Via United Parcel Service</u>



February 7, 2007

Ms. Suzanne Cochran, Esq.
Chairperson
Provider Reimbursement & Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, MD 21244-2670

Re:   Request for Expedited Judicial Review
      BMHCC 98 Medicare DSH Medicaid Proxy Group
      PRRB Case No. 04-0554G
      Provider: BMH – Union City (# 44-0130)
      Fiscal Intermediary: Riverbend Government Benefits Administrator

Dear Ms. Cochran:

We wish to formally withdraw our letter dated February 6, 2007 (copy enclosed) requesting Expedited Judicial Review for the above referenced appeal. The Provider was previously included in an Expedited Judicial Review granted by the Board resulting in the above referenced federal action. We request that the group appeal remains open.

The scheduled hearing date for this group appeal is March 1, 2007.

If you have any questions, please feel free to contact me at (626) 445-5092.

Sincerely,

J. C. Ravindran
President

cc:   Mr. Mike Shaver, Appeals Coordinator, Riverbend Government Benefits Administrator, 730 Chestnut Street, Chattanooga, TN 37402

      Mr. Paul Trower, System Director of Reimbursement, Baptist Memorial Healthcare Corporation, 350 N. Humphreys, Memphis, TN 38120-2177

Enclosure

JCR:DR

150 N. Santa Anita Avenue, Ste 570A, Arcadia, CA 91006 • Tel. (626) 445-5092 • Fax (626) 821-4488
Offices in: Spokane, Chicago, Colorado Springs, Detroit & Birmingham



## Shipment Receipt

(Keep this for your records.)

**Transaction Date** 07 Feb 2007

### Address Information

| Ship To: | Shipper: | Ship From: |
|---|---|---|
| Provider Reimbursement Review Board | Quality Reimbursement Services | Quality Reimbursement Services |
| Suzanne Cochran, Esq., Chairperson | J.C. Ravindran | J.C. Ravindran |
| (410) 786-5591 | (626) 455-5092 | (626) 455-5092 |
| 2520 Lord Baltimore Dr., Suite L | 150 N Santa Anita Ave | 150 N Santa Anita Ave |
| BALTIMORE MD 21244-2670 | RM. 570A, FL. 5 | RM. 570A, FL. 5 |
|  | Arcadia CA 91006 | Arcadia CA 91006 |

### Shipment Information

| | | |
|---|---|---|
| Service: | UPS Next Day Air Saver | |
| *Guaranteed By: | 3:00 PM, Thurs. 8 Feb. 2007 | |
| Quantum View Notify SM 1: Ship; Delivery | corporate@qualityreimbursement.com | |
| E-mail Failure Notification: | corporate@qualityreimbursement.com | No Charge |
| Quantum View Notify SM Total: | | No Charge |

Shipping: .................. **20.55

### Package Information

**Package 1 of 1**
| | |
|---|---|
| Tracking Number: | 1ZF902551395056040 |
| Package Type: | UPS Letter |
| Actual Weight: | Letter |
| Billable Weight: | Letter |
| Reference#1: | Ltr withdrawing EJR-BMHCC 98 MCD Gr |

### Billing Information

Bill Shipping Charges to:   Shipper's Account F90255

**Total:**   All Shipping Charges in USD   **20.55

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for International services.

** Rate includes a fuel surcharge.

### Responsibility for Loss or Damage

Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation. If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000. The maximum liability per package assumed by UPS shall not exceed $50,000, regardless of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has lapsed (sixty days for International shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D. will be accepted by UPS at shipper's risk. UPS shall not be liable for any special, incidental, or consequential damages. All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www.ups.com.