# EX.24



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671            FAX: 410-786-5298

Suzanne Cochran, Esq., Chairperson
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

Refer to:

04-0554G
CERTIFIED MAIL

MAR 0 7 2007

J.C. Ravindran
President
Quality Reimbursement Services
150 N. Santa Anita Avenue
Suite 570A
Arcadia, CA 91006

> RE: BMHCC 98 Medicare DSH Proxy Group Appeal
> Provider Nos. Various
> FYE 9/30/98
> PRRB Case No. 04-0554G

Dear Mr. Ravindran:

The Provider Reimbursement Review Board (Board) has reviewed your February 6, 2007 request that the Board find that expedited judicial review (EJR) under the provisions of 42 U.S.C. § 1395oo(f)(1) and 42 C.F.R. § 405.1842 is appropriate for issue of § 1115 waiver days. The decision of the Board is set forth below.

Background

This appeal was filed on January 24, 2004, for three Providers: Union City (provider number 44-0130); Golden Triangle (provider number 25-0100) and St. Joseph's (provider number 44-0071). The issue under dispute was identified as "Medicaid Percentage (eligible days)" and the narrative accompanying the hearing requested described the issue as:

> The provider [sic] contends that the Fiscal Intermediary did not determine Medicare reimbursement for disproportionate share hospitals (DSH) in accordance with the statutory instructions at 42 U.S.C. 1395ww(d)(5)(c)(i). Specifically, the provider [sic] disagrees with the calculation of the second computation of the disproportionate share patient percentage, set forth at 42 CFR 412.106(b)(4) of the Secretary's regulations. The intermediary, contrary to the regulation, failed to include as Medicaid Eligible Days services to patients for Medicaid, as well as patients eligible for general assistance.

When the jurisdictional documents were filed the appeal also included Blytheville (provider number 04-0069) and Desoto (provider number 25-0141). In March of 2006,

Provider Reimbursement Review Board
Page 2 J.C. Ravindran                                                                                                  CN04-0544G

the Board dismissed St. Joseph's, Golden Triangle and Desoto from the current appeal. The Board concluded that the Providers had filed an appeal of the Medicaid eligible days issue in case number 02-1735G which was dismissed for failure to file position papers and were not entitled to file a second appeal of the same issue in another case.

Appeals of Blytheville and Union City

Blytheville

Blytheville filed a hearing request on March 15, 2002, from a Notice of Program Reimbursement (NPR) dated September 18, 2001. This appeal was assigned case number 02-1269. On September 14, 2004, the Provider added the issues of whether the Supplemental Security Income (SSI) percentage was correct and the Medicaid eligible days to the individual appeal. The Provider transferred the Medicaid eligible issue to the current case on January 4, 2005 and the SSI issue to 04-0553G on the same date.

Union City

Union City filed a hearing request on March 26, 2002, from an NPR dated September 28, 2001. Among the issues appealed were whether the SSI percentage was correctly calculated; whether Medicaid eligible days were included in the DSH calculation; whether general assistance patients were included in the DSH calculation; and whether patient days associated with Tennessee § 1115 waiver days were included in the DSH calculation. On January 4, 2004, the Provider transferred the SSI issue to case 04-0443G, On January 13, 2005, the Medicaid eligible days was transferred to 04-0554G (the current case) and the § 1115 Waiver Days issue was transferred to 05-0545G.

The February 7, 2007 Request for EJR

The Representative asked that the Board consider whether EJR was appropriate for Union City[1] for the § 1115 waiver days issue. The Representative explained that some states provide medical assistance under a demonstration project referred to as a § 1115 waiver. Under this demonstration, the Federal government considers such programs as part of the State Plan filed under Title XIX, Medicaid. Under the § 1115 waivers, Medicaid payments are extended to populations that would not otherwise be eligible for Medicaid. Until January 20, 2000, § 1115 waiver patients were excluded from the count of Medicaid eligible patients used in the DSH calculation. See, 65 Fed. Reg.3136 (January 20, 2000). The Representative is seeking retroactive application of this new rule for Union City for the FYE 1998 and believes that EJR would be appropriate.

Decision of the Board

The Board hereby find that EJR is not available for the § 1115 waiver day issue for Union City. The Board finds that the § 1115 waiver days issue was not the issue under

---

[1] The Representative specifically included Union City in the referenced line of the request for EJR. The text of the letter consistently referred to "providers" (plural). Since Union City is the only provider which appealed the § 1115 waiver issue, the Board is assuming the request was solely for Union City and does not include Blytheville.

dispute in this group appeal. The statute[2], regulation,[3] and Board Instructions[4] limit group to a single issue. The issue identified in the hearing request is the Medicaid eligible/paid days issue that falls squarely within the four corners of Health Care Financing Administration Ruling 97-2.

Further, the Board notes that the Union City was a participant in the Baptist Memorial 97-98 § 1115 Waiver Days Group appeal, case number 05-0545G over which the Board granted EJR on January 4, 2006. (See, January 4, 2006 letter enclosed). The Board has already rendered a final decision for this Provider, fiscal year end and the § 1115 waiver days issue in case number 05-0545G.

Board Members Participating

Suzanne Cochran, Esq.
Gary B. Blodgett, DDS
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

FOR THE BOARD:

Suzanne Cochran, Esq.
Chairman

Enclosure: 1/4/06 Board Ltr.

cc: Mike Shaver, River Bend GBA (TN)
    Bernard M. Talbert, Esq., BCBSA
    Wilson Leong, BCBSA

---

[2] 42 U.S.C. § 139500(b).
[3] 42 C.F.R. § 405.1841(a)(2)
[4] http:/www.cms.hhs.gov/PRRBReview/02 PRRB Instructions.asp

US Department of Health and Human Services
Provider Reimbursement Review Board
2520 Lord Baltimore Drive
Suite L
Baltimore, MD 21244-2670

012H6204690
$05.750
03/07/2007
Mailed From 21244
US POSTAGE
Hasler

7105 3901 9849 5952 1599

RETURN RECEIPT REQUESTED

J.C. Ravindran, President
Quality Reimbursement Services
150 N. Santa Anita Avenue
Suite 570A
Arcadia, CA 91006

9100543132 C019

115