# EX.25



**BlueCross BlueShield
Association**

An Association of Independent
Blue Cross and Blue Shield Plans

225 North Michigan Avenue
Chicago, Illinois 60601-7680
312.297.6000
Fax 312.297.6609
www.BCBS.com

March 12, 2007

Susan Howard
Appeals Specialist
Provider Reimbursement
Riverbend Government Benefits Administrator
730 Chestnut Street
Chattanooga, TN 37402-1790

Re:  Administrative Resolution (Full)
     BMHCC 98 Medicare DSH Medicaid Proxy
     Provider Nos. Various
     FY 1998
     PRRB Case No. 04-0554G

Dear Susan:

Attached is the completed administrative resolution for the referenced case. This
contains the signatures of all parties, and the provider's withdrawal. A copy of this
agreement has been forwarded to the Provider Reimbursement Review Board for the
purpose of closing this case.

If you have any questions, please call me at 312.297.5881.

Sincerely,

Marsha G. Roane
Consultant
Strategic Government Initiatives

cc:   J.C. Ravindran – Quality Reimbursement Services

## BEFORE THE PROVIDER REIMBURSEMENT REVIEW BOARD

| | |
|---|---|
| Provider Name BMHCC 98 Medicare DSH ) | |
| Medicaid Proxy ) | |
| ) | |
| ) | |
| Provider Nos.various ) | |
| ) | PRRB Case No. 04-0554G |
| (Provider) ) | |
| ) | |
| vs. ) | |
| ) | FYE 1998 |
| ) | |
| Blue Cross Blue Shield Tennessee-Riverbend GBA, ) | |
| a Member of the Blue Cross and Blue Shield ) | |
| Association, an Association of Independent ) | |
| Blue Cross and Blue Shield Plans/Blue Cross ) | |
| and Blue Shield Association ) | |
| ) | |
| (Intermediary) ) | |

## FULL ADMINISTRATIVE RESOLUTION

The Intermediary and the provider (the parties) in the above captioned appeal are entering into this administrative resolution for the purpose of setting forth the basis for resolving the issue that is pending before the provider Reimbursement Review Board (PRRB).

Based on a mutual review of the respective parties' position papers, other available documentation and authorities, and further discussions, the parties agree to resolve the case as follows:

### BMH Blytheville (04-0069): Medicaid Days

Adjustment Number n/a
Adjustment Amount various
Estimated Reimbursement Effect approx. $145,000

The Intermediary did not make an adjustment at audit for DSH reimbursement. The Provider filed a jurisdictionally valid appeal on this issue for this Provider. The parties agree to resolve this issue. The Intermediary will add an audit adjustment to include additional documented Medicaid eligible days. Also, the Intermediary will recalculate the DSH reimbursement. This administrative resolution is in accordance with 42 CFR 412.106. (Revised Adjustments 5001 & 5002)

Full Administrative Resolution
PRRB CN 04-0554G
Page 2 of 3

### BMH Union City (44-0130): Medicaid Days

Adjustment Number n/a
Adjustment Amount various
Estimated Reimbursement Effect approx. n/a

The Intermediary did not make an adjustment at audit for DSH reimbursement. The Provider filed a jurisdictionally valid appeal on this issue for this Provider. The parties agree to resolve this issue. The Intermediary will add an audit adjustment to include documented Medicaid eligible days. However, the Provider will not qualify for DSH reimbursement with the amount of Medicaid eligible days. This administrative resolution is in accordance with 42 CFR 412.106. (Revised Adjustment 4001)

### BMH St. Joseph (44-0071): Medicaid Days

Adjustment Number 24
Adjustment Amount various
Estimated Reimbursement Effect approx. n/a

The PRRB dismissed the Provider from the appeal in a letter dated March 14, 2006.

### BMH Desoto (25-0141): Medicaid Days

Adjustment Number 34
Adjustment Amount various
Estimated Reimbursement Effect approx. n/a

The PRRB dismissed the Provider from the appeal in a letter dated March 14, 2006.

### BMH Golden Triangle (25-0100): Medicaid Days

Adjustment Number 24
Adjustment Amount various
Estimated Reimbursement Effect approx. n/a

The PRRB dismissed the Provider from the appeal in a letter dated March 14, 2006.

### BMH Union County (25-0006): Medicaid Days

Adjustment Number n/a
Adjustment Amount various
Estimated Reimbursement Effect approx. n/a

The PRRB dismissed the Provider from the appeal in a letter dated March 14, 2006.

Full Administrative Resolution
PRRB CN 04-0554G
Page 3 of 3

The Provider's signature serves as the Provider's request to withdraw this case from appeal.
PRRB procedures and Instructions for case reinstatement can be accessed at
http://www.cms.hhs.gov/PRRBreview.

The Intermediary will issue a revised Notice of program Reimbursement to implement this
administrative resolution within 180 days of the date the Intermediary receives a fully signed
administrative resolution.

See Note Below **

| | | |
|---|---|---|
| _____ | _Marsha G. Arene_ | _Susan Howard_ |
| Provider | Blue Cross and Blue Shield Association | Plan |
| _3-06-2007_ | _3/12/07_ | _2/22/07_ |
| Date | Date | Date |

** The dismissal of the BMH-St. Joseph (44-0071), BMH-De Soto
   (25-0141) and BMH-Golden Triangle (25-0100) by the PRRB from
   the above appeal in a letter dated March 14, 2006 is a subject
   of litigation in a U.S. District Court, District of Columbia
   case Baptist Memorial Hospital-Golden Triangle et al v.
   Leavitt, Case No.1:06-cv-1413. The Provider's acceptance of
   these Administrative Resolutions is without prejudice to its
   claims under the above mentioned federal action.