# EX.26

## QUALITY REIMBURSEMENT SERVICES
### Healthcare Consultants

<u>Via United Parcel Service</u>

March 13, 2007

Ms. Suzanne Cochran, Esq.
Chairperson
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, MD 21244-2670

Re:  Group Name         : BMHCC 98 Medicare DSH Medicaid Proxy
     Provider Number    : Various
     PRRB Case Number   : 04-0554G
     Fiscal Years Ended : 09/30/1998

Dear Ms. Cochran

We are enclosing a copy of an executed full Administrative Resolution of the above referenced group appeal.

We have been advised that this case has been taken off the docket for the hearing scheduled for Friday, March 16, 2007.

With reference to the Board's letter dated March 7, 2007 on the request for expedited judicial review, please note that this request was withdrawn on February 7, 2007 a day after the original requested was submitted when we learnt that the Board had previously granted expedited judicial review in a filing by the Provider's Counsel. The records indicate that this withdrawal was received by the Board on February 8, 2007.

If you have any questions, please feel free to contact me (626) 445-5092.

Sincerely,

J. C. Ravindran
President

cc:  Mr. Mike Shaver, Appeals Coordinator, Riverbend Government Benefits Administrator, 730 Chestnut Street, Chattanooga, TN 37402

     Mr. Paul Trower, System Director of Reimbursement, Baptist Memorial Healthcare Corporation, 350 N. Humphreys, Memphis, TN 38120-2177

Enclosure

JCR:DR