# EX.27



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671        FAX: 410-786-5298

Suzanne Cochran, Chairperson
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

MAR 1 3 2007

**CERTIFIED MAIL**

Refer to: 04-0554G

Quality Reimbursement Services
Amrish C. Mathur
150 N. Santa Anita Avenue
Suite 570A
Arcadia, CA 91203

RE:  BMHCC 98 Medicare DSH Medicaid Proxy Group
     Provider No. Various
     FYE 12/31/1998

Dear Amrish C. Mathur:

The Provider Reimbursement Review Board ("Board") is in receipt of your correspondence in which you request that the above-captioned appeal be withdrawn. Please refer to the Board's instructions which are located on the Board's web site at:
http://www.cms.hhs.gov/PRRBReview/02_PRRB_Instructions.asp regarding consequences of withdrawal and deadlines for reinstatement where appropriate. The Board hereby grants your request for withdrawal and closes the appeal.

Board Members:
Suzanne Cochran
Gary B. Blodgett, DDS
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

For the Board:

*Yvette C. Hayes*
Board Member

cc:  Riverbend Government Benefits Administrators
     Mike Shaver
     Appeals Coordinator
     730 Chestnut Street, Third Floor
     Chattanooga, TN 37402

     Wilson C. Leong
     BC & BS Association
     225 North Michigan Avenue
     Chicago, IL 60601-7680