IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL - GOLDEN TRIANGLE, BAPTIST MEMORIAL HOSPITAL - ST. JOSEPH HOSPITAL, AND BAPTIST MEMORIAL HOSPITAL - DESOTO HOSPITAL<br>350 N. HUMPHREY'S BLVD.<br>MEMPHIS, TN 38120<br><br>          Plaintiffs,<br><br>vs.<br><br>MICHAEL O. LEAVITT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>          Defendant. | Civil Action No.1:06CV01413<br>Hon. Colleen Kollar-Kotelly<br><br>**ORAL ARGUMENT REQUESTED** |

## ORDER

Upon consideration of Plaintiffs' Motion for Summary Judgment, it is hereby

**ORDERED**, that

(1)     Plaintiff' Motion for Summary Judgment is granted;

(2)     The decisions of the Medicare Provider Reimbursement Review Board dated June 14 and September 5, 2006, disallowing the Plaintiffs' request to add issues to their pending individual appeals, are reversed;

(3)     Defendant shall order the Intermediary to reopen the Plaintiffs' FY 1998 Medicare cost report and recalculate the Plaintiffs' Medicare disproportionate share hospital adjustment determinations for the fiscal year ending in 1998; and

2

(4) Plaintiffs are awarded their costs and attorneys' fees incurred in bringing this Motion.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

Date: _____, 2007

2580657