UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL - GOLDEN TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST. JOSEPH HOSPITAL, AND BAPTIST MEMORIAL HOSPITAL-DESOTO HOSPITAL,<br><br>       Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT, Secretary of Health and Human Services,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV01413 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE**

The Clerk of this Court will please enter the appearance of Bridgette L. Kaiser for the Defendant Secretary of Health and Human Services in the above-captioned action. Please enter the withdrawal of Jonathan Brumer.

                              /s/
                        Bridgette L. Kaiser
                        (D.C. Bar No. 492406)
                        U.S. Department of Health and Human Services
                        Office of the General Counsel
                        Centers for Medicare and Medicaid Services
                         Division
                        330 Independence Ave., S.W.
                        Cohen Building, Room 5309
                        Washington, D.C. 20201
                        (202) 205-5872

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, an electronic copy of the foregoing Praecipe will be served on plaintiffs' counsel *via* the United States District Court's Electronic Case Filing program.

_____/s/_____
Bridgette L. Kaiser