IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL-GOLDEN
TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST.
JOSEPH HOSPITAL, AND BAPTIST MEMORIAL
HOSPITAL-DESOTO HOSPITAL
350 N. HUMPHREY'S BLVD.
MEMPHIS, TN 38120

CIVIL ACTION NO. 1:06CV01413
Hon. Colleen Kollar-Kotelly

       Plaintiffs,

VS.

MICHAEL O. LEAVITT, IN HIS
OFFICIAL CAPACITY AS SECRETARY
OF THE DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

       Defendant.

---

### PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Baptist Memorial Hospital –Golden Triangle, Baptist Memorial Hospital – St. Joseph Hospital and Baptist Memorial Hospital – DeSoto (collectively, the "Hospitals") respectfully move this Court to amend the Court's March 14, 2007 Minute order docketed on March 14, 2007 to permit the Hospitals to file a supplemental brief in support of their motion for summary judgment, and to provide for additional time in which the Defendant Secretary of Health and Human Services may file its opening brief.

In support of this motion, the Hospitals advise the Court as follows:

1.    Plaintiff Baptist Memorial Hospital – St. Joseph ("BMH-St. Joseph") has filed a request with the Provider Reimbursement Review Board ("PRRB") dated May 13, 2007 requesting to add to BMH-St. Joseph's individual appeal, Case No.01-3359, certain disproportionate share hospital adjustment ("DHS Adjustment") issues. A copy of that

correspondence, as prepared by legal counsel of BMH-St. Joseph in its appeal before the PRRB, is attached as Exhibit 1.

2. It is anticipated that the PRRB will respond to the correspondence of BMH-St. Joseph by May 31, 2007, which is the date for which a hearing before the PRRB is scheduled. The response of the PRRB to BMH-St. Joseph's request to add the DSH Adjustment issues will impact the instant case. In the event and to the extent the PRRB grants the request of BMH-St. Joseph, the claims of the BMH-St. Joseph may be reduced or eliminated in their entirety. Moreover, in the event and to the extent the PRRB denies the request of the BMH-St. Joseph, it is necessary for BMH-St. Joseph to brief the Court regarding the response of the PRRB to the BMH-St. Joseph May 31, 2007 letter.

3. In the case of *Rhode Island Hospital v. Michael O. Leavitt, Secretary of Health and Human Services*, United States District Court for the District of Rhode Island, Case No. 06-260ML, the Secretary filed an Unopposed Motion to Remand dated April 26, 2007. A copy of that pleading is attached as Exhibit 2. In the instant case, the Secretary asserted that *Rhode Island Hospital* presented "factual and legal circumstances that are completely virtually identical to those presented here." Secretary's Opposition to Plaintiff's Motion to Amend Scheduling Order and to Permit Discovery at 14, n.3. The Secretary explained to the Court that the proceedings before the PRRB in *Rhode Island* were identical to the proceedings before the PRRB in the instant case. In *Rhode Island*, the Secretary filed an Unopposed Motion for Remand in which the Secretary has stated the Secretary "has determined that [the hospital] should be afforded an administrative hearing under 42 U.S.C. § 1395oo(a) on the merits of the affected claims." (See Unopposed Motion to Remand, Exhibit 2, at 1.) The Secretary's remand motion, if granted, will provide to the plaintiff in *Rhode Island* the very relief that hospital

requested in that case, and the very relief that the Hospitals request in the instant case. Thus, the Hospitals desire to file a supplemental brief with the Court in the instant case regarding the implications of the Secretary's motion to remand to the PRRB in *Rhode Island*.

Wherefore having shown good cause, the Hospitals respectfully request that the Court amend the scheduling order as follows:

>Plaintiff's Supplemental Brief: June 8, 2007
>
>Defendant's Opposition and Cross Motion: July 13, 2007.
>
>Plaintiffs' Opposition and Reply: August 17, 2007.
>
>Defendant's Reply: September 14, 2007

For the convenience of the Court, the Hospitals have attached a proposed Order.

Pursuant to LCvR 7(m) of the Local Rules, the Hospitals have asked if the Defendant concurs with this Motion and are informed that the Defendant does not consent.

>Respectfully submitted,
>
>HONIGMAN MILLER SCHWARTZ AND COHN LLP
>
>By:   Kenneth R. Marcus
>      Kenneth R. Marcus (DC Bar No MI 0016)
>      660 Woodward Avenue
>      2290 First National Building
>      Detroit, Michigan 48226
>      Phone: 313 465 7470
>      Fax: 313 465 7471
>      kmarcus@honigman.com
>
>and
>
>ALDERMAN & DEVORSETZ, PLLC
>/s/ Leslie D. Alderman III (DC Bar No 477750)
>1025 Connecticut Ave., NW
>Suite 615
>Washington, D.C. 20036
>Tel. 202-969-8220
>Fax 202-969-8224
>lalderman@a-dlaw.com
>COUNSEL FOR PLAINTIFFS

Date: May 17, 2007
DETROIT.2627581.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL-GOLDEN
TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST.
JOSEPH HOSPITAL, AND BAPTIST MEMORIAL
HOSPITAL-DESOTO HOSPITAL
350 N. HUMPHREY'S BLVD.
MEMPHIS, TN 38120                         CIVIL ACTION NO. 1:06CV01413
                                          Hon. Colleen Kollar-Kotelly
      Plaintiffs,

VS.

MICHAEL O. LEAVITT, IN HIS
OFFICIAL CAPACITY AS SECRETARY
OF THE DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

      Defendant.

## ORDER

In consideration of the Plaintiffs' Motion to Amend Scheduling Order, the scheduling order is hereby amended as follows:

    Plaintiff's Supplemental Brief: June 8, 2007

    Defendant's Opposition and Cross Motion: July 13, 2007.

    Plaintiffs' Opposition and Reply: August 17, 2007.

    Defendant's Reply: September 14, 2007

So Ordered, this date _____, 2007.

                              By: _____
                                  District Court Judge Colleen Kollar-Kotelly

DETROIT.2622162.1