# EXHIBIT 2

Case 1:06-cv-01413-CKK    Document 23-3    Filed 05/17/2007    Page 1 of 4



DEPARTMENT OF HEALTH AND HUMAN SERVICES
PROVIDER REIMBURSEMENT REVIEW BOARD
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671   FAX: 410-786-5298

Suzanne Cochran, Esq., Chairperson
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

COPY RECEIVED
TIME _____ BY _____
SEP 0 7 2006

Refer to:
01-3359

**CERTIFIED MAIL**

Linda M. Coleman
Bennett Bigelow & Leedom, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1397

BENNETT BIGELOW
& LEEDOM

SEP 0 5 2006

Mike Shaver, Appeals Coordinator
Riverbend GBA
730 Chestnut Street
Chattanooga, TN 37402-1790

RE: BMH-St. Joseph Hospital
Provider No.: 44-0071
FYE: 12/10/98
Case No. 01-3359

Dear Ms. Coleman and Mr. Shaver:

The Provider Reimbursement Review Board (the "Board") has reviewed the jurisdiction documentation submitted in the above-captioned case. The Board's jurisdiction decision is set forth below.

## Background

On August 16, 2001, BMH-St. Joseph Hospital (the "Provider") requested an appeal for fiscal year ending December 10, 1998. The appeal was assigned case number (CN) 01-3359. On April 11, 2002, the Provider added the disproportionate share (DSH) Medicaid proxy issue and the DSH supplemental security income (SSI) issue to its pending individual appeal, CN: 01-3359. On the same date, the Provider requested to form a group appeal with other providers to resolve the DSH Medicaid proxy issue. The same providers made a separate request to form a group appeal to resolve the DSH SSI issue. The group appeals were assigned CN: 02-1735G (DSH Medicaid proxy) and CN: 02-1736G (DSH SSI). On July 30, 2003, the Board dismissed CN: 02-1735G and CN: 02-1736G for failure to comply with the Board's due dates. The providers never requested reinstatement for these group appeals and the appeals remain closed. On January 23, 2004, the Provider and other providers requested to form a group appeal to resolve the DSH Medicaid proxy issue. The same providers made a separate request to form a group appeal to resolve the DSH SSI issue. The group appeals were assigned CN: 04-0553G (DSH SSI) and CN: 04-0554G (DSH Medicaid proxy). On April 6, 2005, the Intermediary challenged the Board's jurisdiction over the Provider as part of CN: 04-0553G and CN: 04-0553G. On May 5, 2005, the Provider responded to the jurisdiction challenge. On March 28, 2006, the Board concluded that it does not have jurisdiction over the Provider as part of CN: 04-0554G because the Provider chose to become part of a group appeal, CN: 02-1735G, to resolve the Medicaid proxy issue, but then failed to follow the Board's Instructions, which resulted in dismissal of the group appeal. The dismissal disposed of the Medicaid proxy issue. The Provider cannot now rely on adding the same issue to its individual appeal to get a second opportunity to join a group. On April 17, 2006, the Provider requested that the Board reconsider its decision to deny jurisdiction over the Provider as part of CN: 04-0554G. On May 5,

1

Provider Reimbursement Review Board
Page 2 of 3          Coleman and Shaver                              01-3359

---

2006, the Board concluded that it does not have jurisdiction over the Provider as part of CN: 04-0553G because the Provider chose to become part of a group appeal, 02-1736G, to resolve the SSI issue, but then failed to follow the Board's Instructions, which resulted in dismissal of the group appeal. The dismissal disposed of the SSI issue. The Provider cannot now rely on adding the same issue to its individual appeal to get a second opportunity to join a group. On June 14, 2006, in response to the Provider's April 17, 2006, reconsideration request, the Board declined to reconsider its decision to deny jurisdiction over the Provider as part of CN: 04-0554G. On July 18, 2006, the Provider requested to transfer the DSH Medicaid proxy and DSH SSI issues from CN: 04-0554G and CN: 04-0553G to its pending individual appeal, CN: 01-3359. On July 31, 2006, the Board granted the Provider's transfer requests. On July 31, 2006, the Intermediary challenged the Board's jurisdiction over the DSH Medicaid proxy and DSH SSI issues as part of CN: 01-3359.

### Intermediary's Position

The Intermediary contends that the Board does not have jurisdiction over the Medicaid proxy and the SSI issues for the Provider as part of CN: 01-3359. The Intermediary states that the Board denied jurisdiction over these issues for this Provider as part of group appeals 04-0554G and 04-0553G because the Provider was part of previous groups for the same issues that had been dismissed for failure to comply with the Board's Instructions. The Intermediary points out that the Provider requested reconsideration of the Board's jurisdiction ruling and the Board declined to reconsider. The Intermediary argues that the Provider should not be permitted to add these two issues back into its individual appeal because the Board has already determined that it does not have jurisdiction over these two issues for this Provider. The Intermediary states that the Provider's attempt to add these issue to its individual appeal disregards the Board's jurisdictional ruling.

### Board's Decision

The Board concludes that it does not have jurisdiction over the DSH Medicaid proxy and DSH SSI issues for this provider for the fiscal year ending December 10, 1998. These issues are hereby dismissed from CN: 01-3359.

On July 31, 2006, the Board inadvertently granted the Provider's request to transfer the DSH Medicaid proxy and DSH SSI issues from CN: 04-0554G and CN: 04-0553G to the individual appeal, CN: 01-3359 because the previous letters and documentation pertaining to the Board's denial of jurisdiction over these issues was filed in the group appeal files and was overlooked when the Provider's request was granted.

The Provider was originally a member of group appeals 02-1736G and 02-1735G to resolve the SSI and Medicaid proxy issues respectively. Both of these appeals were dismissed by the Board on July 30, 2003 for failure to follow the Board's Instructions. On January 23, 2004, the Provider requested to become part of group appeals to resolve the Medicaid proxy and SSI issues. These appeals were assigned case

2

Provider Reimbursement Review Board
Page 3 of 3          Coleman and Shaver                              01-3359

---

numbers 04-0554G and 04-0553G respectively. The Intermediary challenged the Board's jurisdiction over the Provider as part of these groups. The Board decided that it did not have jurisdiction over the Provider as part of CN: 04-0554G and CN: 04-0553G. The Board stated,

> "Pursuant to the Board's Instructions, issues may be added to a pending individual appeal at any time prior to the commencement of a hearing. Per a written request providers may be transferred into group appeals from individual appeals. A group appeal is limited to a single issue. Each of the four providers chose to become part of a group to resolve the Medicaid eligible days issue but then failed follow the Board's Instructions, which resulted dismissal of the group appeal. The dismissal disposed of the Medicaid eligible day's issue. **The providers cannot now rely on adding the same issue again to their individual appeals to get a second opportunity to join a group.**"

The Provider requested reconsideration which the Board denied on June 14, 2006. On July 18, 2006, the Provider's representative requested that these two issues be added to the individual appeal despite the Board's decision that it does not have jurisdiction over these issues for this Provider for fiscal year ending December 10, 1998.

The Provider is directed to stop wasting the Board's time with its multiple requests to add or transfer these issues to any appeal for this fiscal year end. This is the Board's **final decision** regarding these issues for this Provider for this fiscal year end. No further requests will be considered. If any such requests are filed in the future, they will be summarily dismissed. If the Provider is dissatisfied with the decision, its recourse is appeal.

Please note the hearing for this appeal is scheduled for November 9, 2006 at 9 a.m. The issues to be heard are contingency costs and 5.8% outpatient payment reduction.

Review of this jurisdiction decision is available under the provisions of 42 U.S.C. § 1395oo (f) (1) and 42 C.F.R. §§ 405.1875, 405.1877 and 405.1889.

Board Members Participating:
Suzanne Cochran, Esquire
Gary Blodgett, DDS
Anjali Mulchandani-West
Yvette Hayes
Elaine Crews Powell

For the Board:

Suzanne Cochran
Chairperson

cc:     Wilson Leong, Blue Cross & Blue Shield Association