UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL - GOLDEN TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST. JOSEPH HOSPITAL, AND BAPTIST MEMORIAL HOSPITAL-DESOTO HOSPITAL<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services,<br><br>    Defendant. | Case No. 1:06CV01413 (CKK) |

**NOTICE**

On May 17, 2007, Plaintiffs filed a Motion to Amend Scheduling Order. See Document No. 24. They seek to file a supplemental brief in support of their motion for summary judgment and to alter the briefing schedule. The motion describes correspondence between BMH-St. Joseph and the Provider Reimbursement Review Board and discusses an unrelated case, *Rhode Island Hospital v. Michael O. Leavitt, Secretary of Health and Human Services*, United States District Court for the District of Rhode Island, Case. No. 06-260ML. See id. The Court has directed Defendant to explain his position with respect to Plaintiffs' motion. See May 24, 2007 Minute Order.

Defendant did not consent to Plaintiffs' motion because he does not see the need for supplemental briefing or the relevance of *Rhode Island Hospital*. Nevertheless, Defendant does not intend to file an opposition to Plaintiffs' motion. Defendant takes no position on the motion, and leaves its disposition to the Court's sound discretion.

                              Respectfully submitted,

                              / s /
                              JEFFREY A. TAYLOR,
United States Attorney
D.C. Bar No. 498610

                              /s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX:(202) 514-8780

BRIDGETTE L. KAISER
D.C. Bar No. 492406
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
 Division
330 Independence Ave., S.W.
Cohen Building, Room 5309
Washington, D.C. 20201
(202) 205-5872/FAX: (202) 260-0490

May 29, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 29, 2007, an electronic copy of the foregoing Notice will be served on plaintiffs' counsel *via* the United States District Court's Electronic Case Filing program.

                                                /s/
                                        Megan L. Rose