UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL-
GOLDEN TRIANGLE, *et al.*,

    Plaintiffs,

    v.

MICHAEL O. LEAVITT, SECRETARY OF
THE DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

    Defendant.

Civ. No. 06–1413 (CKK)

**ORDER**
(May 31, 2007)

On May 17, 2007, Plaintiffs filed a [24] Motion to Amend Scheduling Order "to permit the Hospitals to file a supplemental brief in support of their motion for summary judgment, and to provide for additional time in which the Defendant Secretary of Health and Human Services may file its opening brief." Pl.'s Mot. at 1. On May 29, 2007, Defendant filed a [25] Notice indicating the following:

> Defendant did not consent to Plaintiffs' motion because he does not see the need for supplemental briefing or the relevance of *Rhode Island Hospital*. Nevertheless, Defendant does not intend to file an opposition to Plaintiffs' motion. Defendant takes no position on the motion, and leaves its disposition to the Court's sound discretion.

Def.'s Notice at 2. As Plaintiffs' Motion to Amend Scheduling Order indicates in part that the Secretary filed an "Unopposed Motion to Remand" in *Rhode Island Hospital v. Michael O. Leavitt, Secretary of Health and Human Services*, Case No. 06-260 (D. R.I. Apr. 26, 2007), and as Defendant previously analogized the circumstances in this case to the circumstances in *Rhode Island*, see Pl.'s Mot. at 2 & Def.'s [18] Opp'n at 14-15 & n.3, the Court in an abundance of

caution shall allow Plaintiffs to submit a supplemental brief and modify the briefing schedule in full.

Accordingly, it is, this 31st day of May, 2007, hereby

ORDERED that the Court shall GRANT Plaintiffs' [24] Motion to Amend Scheduling Order; it is also

ORDERED that the Court shall amend the briefing schedule as follows: Plaintiffs' Supplemental Brief shall be filed by June 8, 2007; Defendant's Opposition and Cross Motion shall be filed by July 13, 2007; Plaintiffs' Opposition and Reply shall be filed by August 17, 2007; and Defendant's Reply shall be filed by September 14, 2007.

SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge