# EXHIBIT 3



Bennett Bigelow & Leedom, P.S.

Law Offices

**Sanford E. Pitler**
Attorney
pitler@bbllaw.com

May 24, 2007

**Via Fax and Federal Express**

Suzanne Cochran, Esq.
Chairperson
Provider Reimbursement Review Board
2520 Lord Baltimore Drive, Suite L
Baltimore, MD 21244-2670

      Re:    Baptist Memorial Hospital – St. Joseph Hospital
             Provider No. 44-0071
             FYE 12/10/98
             PRRB Case No. 01-3359
             Intermediary:  Riverbend Government Benefits Administrator
             **Notice of Administrative Resolution**

Dear Ms. Cochran:

      This letter serves to advise the Provider Reimbursement Review Board (the "Board" or "PRRB") that Baptist Memorial Hospital – St. Joseph Hospital (the "Provider") and the fiscal intermediary, Riverbend Government Benefits Administrator, have agreed to administratively resolve the issues remaining in the above-referenced appeal.  As explained below, however, this letter does not withdraw the appeal.

      Enclosed is a copy of the Full Administrative Resolution signed by the parties, reflecting their mutual agreement to administratively resolve this appeal.  On May 3, 2007, the Provider submitted to the Board a request to add issues to the appeal.  On May 16, 2007, the Board issued its decision denying the Provider's request to add the issues.  The Provider does not seek to withdraw the appeal.  Rather, this case should be considered finally decided by the Board for the purposes of the Provider seeking judicial review under 42 CFR 405.1877 regarding the Board's decision to deny the request to add issues and any other jurisdictional decisions issued by the Board regarding this appeal.  As a result, the Board should close the case as it does for all cases for which the Board has issued a final decision. The Provider reserves the right to request reinstatement of the appeal pursuant to Board Instructions.

Suzanne Cochran, Esq.
May 24, 2007
Page 2

Please note that hearing was scheduled in this matter on Thursday, May 31, 2007, but we notified Mr. Jeff Miller that the hearing could be removed from the Board's docket.

If you have any questions, please do not hesitate to contact us at (206) 622-5511.

Very truly yours,

BENNETT BIGELOW & LEEDOM, P.S.

Sanford E. Pitler

SEP:ae
Enclosure

cc:    Mr. Paul Trower
       Baptist Memorial Health Care Corporation

       Mr. Mike Shaver
       Riverbend Government Benefits Administrator

       Ms. Marsha Roane
       Blue Cross Blue Shield Association

       Linda M. Coleman, Esq.
       Ms. Anne Ebbighausen
       Bennett Bigelow & Leedom, P.S.

w:\wdclient\1789\00037\mm713598.doc

Suzanne Cochran, Esq.
May 24, 2007
Page 3


Bcc: Ken Marcus, Esq.

    Mr. Jim Ravindran
    QRS

BEFORE THE PROVIDER REIMBURSEMENT REVIEW BOARD

| | |
|---|---|
| Provider Name BMH St. Joseph Hospital )<br>)<br>Provider No. 44-0071 )<br>) | |
| (Provider) )<br>) | PRRB Case No. 01-3359 |
| vs. )<br>) | FPE 12/10/98 |
| Blue Cross Blue Shield Tennessee-Riverbend )<br>GBA, a Member of the Blue Cross and Blue )<br>Shield Association, an Association of )<br>Independent Blue Cross and Blue Shield Plans/ )<br>Blue Cross and Blue Shield Association )<br>) | |
| (Intermediary) ) | |

## FULL ADMINISTRATIVE RESOLUTION

The Intermediary and the Provider ("parties") in the above-captioned appeal are entering into this Administrative Resolution ("AR") for the purpose of resolving the issues that remain pending before the Provider Reimbursement Review Board ("PRRB").

Based on a mutual review of the respective parties' position papers, other available documentation and authorities and further discussions, the parties agree to resolve the issues remaining in the case as follows:

### Issue 1: Contingency Costs

Adjustment Number 11
Estimated Reimbursement Effect approx. $458,000

In its terminating cost report, the provider claimed certain expenses that were reported in a contingency account. This contingency account represented the accrual of anticipated closing costs of the hospital. Included in that account were various administrative costs and other ending of operation costs. The Intermediary disallowed the contingency costs in audit adjustment number 11, due to a lack of documentation. The Provider filed a jurisdictionally valid appeal on this issue. The parties agree to resolve this issue. The Intermediary will modify the original audit adjustment to include documented contingency costs. The Provider also appealed the

Intermediary's final determination of allowable Medicare bad debts. Hospital and rehabilitation bad debts claimed by the Provider were adjusted by the Intermediary in audit adjustment 27. The provider has submitted a revised bad debt listing, which the Intermediary reviewed and tested. The Intermediary agrees to modify its original adjustments to the Provider's hospital and rehabilitation bad debts. This administrative resolution is in accordance with 42 CFR 413.89 and CMS Pub. 15-I, Section 2176. (Revised Adjustments 1001, 1003 & 1004)

## Issue 2: 5.8% Outpatient Payment Reduction

Adjustment Number 15
Adjustment Amount various
Estimated Reimbursement Effect approx. $2,000

The Intermediary adjusted the Inpatient Ancillary Part B charges at audit by way of the Intermediary's cost report software system that applied the 5.8% operating cost reduction to the Inpatient Part B charges. The Provider filed a jurisdictionally valid appeal on this issue. The parties agree to resolve this issue. The Intermediary will calculate the reimbursement impact of the 5.8% operating cost reduction that was applied to Inpatient Part B charges at audit and make an adjustment accordingly. BCBSA approved the resolution of this issue in a letter dated May 3, 2002. This administrative resolution is in accordance with CMS 15-II, 3620. (Revised Adjustment 1002)

## Issue 3: Disproportionate Share Payment (DSH) Medicaid Proxy Percentage: Medicaid Eligible Paid and Unpaid Days

Audit Adjustment #24
Adjustment Amount various
Reimbursement Amount: $380,840

On May 3, 2007, the Provider submitted to the Board a request to add the issue to the appeal. In a certified letter dated May 16, 2007, the Board denied the Provider's request to add this issue to the appeal.

## Issue 4: DSH SSI Percentage

Adjustment Number 24
Adjustment Amount various
Estimated Reimbursement Effect approx. $75,000

On May 3, 2007, the Provider submitted to the Board a request to add the issue to the appeal. a certified letter dated May 16, 2007, the Board denied the Provider's request to add the issue to the appeal.

**Issue No. 5: DSH Medicaid Proxy Percentage: Expanded Section 1115 Waiver Days**

Audit Adjustment #24
Adjustment Amount various
Estimated Reimbursement Effect $749,356

On May 3, 2007, the Provider submitted to the Board a request to add the issue to the appeal. a certified letter dated May 16, 2007, the Board denied the Provider's request to add the issue to the appeal.

Within five (5) days from the date of the execution of this AR, the Provider will notify the PRRB in writing that all remaining issues have been settled and will attach a copy of the executed Administrative Resolution. The Provider will inform the PRRB that with all remaining issues settled and with the Board having denied the request to add issues, this case may be closed and can be considered final for the purposes of the Provider seeking judicial review under 42 CFR 405.1877 regarding the PRRB's decision to deny the request to add issues and any other jurisdictional decisions issued by the PRRB regarding this appeal. The provider reserves all reinstatement rights pursuant to PRRB instructions. Part I, Subsection C.XIII.a. PRRB procedures and instructions for case reinstatement can be accessed at http://www.cms.hhs.gov/PRRBreview.

The intermediary will issue a revised Notice of Program Reimbursement with respect to Issue 1 and Issue 2 above to implement this administrative resolution within 90 days of the date the Intermediary receives a fully executed copy of this AR.

For Bennett-Bigelow &
Leedom, P.S.
Provider Representative

For Blue Cross and
Blue Shield Association

For Tennessee-Riverbend GBA

5/23/07
Date

May 24, 2007
Date

May 24, 2007
Date

w:\wdclient\1789\00037\mm713059.doc

Full Administrative Resolution
BMH St. Joseph Hospital
PRRB Case No. 01-3359
Page 3 of 3