# EXHIBIT 4



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
2520 Lord Baltimore Drive, Suite L
Baltimore MD 21244-2670
Phone: 410-786-2671          FAX: 410-786-5298

Suzanne Cochran, Esq., Chairperson
Gary B. Blodgett, D.D.S.
Elaine Crews Powell, CPA
Anjali Mulchandani-West
Yvette C. Hayes

Refer to:

CERTIFIED MAIL

JUN 0 1 2007

Bennett Bigelow & Leedom, P.S.
Sanford E. Pitler
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1397

*COPY RECEIVED JUN - 4 2007 BENNETT BIGELOW & LEEDOM*

RE: Baptist Memorial Hospital – St. Joseph Hospital
    Provider No. 44-0071
    FYE 12/10/1998
    PRRB Case No. 01-3359

Dear Mr. Pitler:

In accordance with your request and the Administrative Resolution which you submitted on May 24, 2007, the Provider Reimbursement Review Board (the Board) hereby closes this case. Please refer to the Board's instructions which are located on the Board's website at http://www.cms.gov/providers/prrb/prrb.asp regarding the closure of cases and deadlines for reinstatement where appropriate.

For the Board:

*Yvette C. Hayes*
Board Member

cc: Mike Shaver, Riverbend Government Benefits Administrator
    Wilson C. Leong, BCBSA