# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND HOSPITAL, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-260ML |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of | ) | |
| the U.S. Department of Health | ) | |
| and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION TO REMAND

Defendant, the Secretary of the U.S. Department of Health and Human Services, requests that the Court issue an order remanding this case for further administrative proceedings. Plaintiff, Rhode Island Hospital, brought this action under 42 U.S.C. § 1395oo(f) to obtain judicial review of rulings by the Provider Reimbursement Review Board holding that plaintiff is precluded from pursuing certain Medicare "Disproportionate Share Hospital" ("DSH") reimbursement claims for its 1999 fiscal year. Upon further review of this action, defendant has determined that plaintiff should be afforded an administrative hearing under 42 U.S.C. § 1395oo(a) on the merits of the affected claims. Accordingly, the case should be remanded to the Secretary for an administrative hearing and determination on the merits of plaintiff's DSH claims for FY 1999.

Counsel for plaintiff has been contacted concerning this motion and he has no objection to the requested remand.

Accordingly, defendant submits that the Court should issue an order dismissing the action and remanding the case to the Secretary for further administrative proceedings. A Proposed Order is filed herewith.

> Respectfully Submitted,
>
> MICHAEL O. LEAVITT, Secretary of Health and Human Services
>
> By His Attorney,
>
> ROBERT CLARK CORRENTE
> United States Attorney
>
> /s/Dulce Donovan
> DULCE DONOVAN
> Assistant U.S. Attorney
> Chief, Civil Division
> Fleet Center
> 50 Kennedy Plaza, 8th Floor
> Providence, R.I.  02903
> 401-709-5000
> 401-709-5017 (fax)
> Email: dulce.donovan@usdoj.gov

Of Counsel:

DANIEL MERON
General Counsel

NANCY S. NEMON
Chief Counsel, Region I

CLIFFORD M. PIERCE
Assistant Regional Counsel
Department of Health and Human Services
J.F.K. Bldg., Rm. 2250
Boston, MA  02203
(617) 565-2379

2

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on the 26th day of April, 2007, I electronically filed the within Defendant's Unopposed Motion for Remand with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

    Mitchell R. Edwards, Esq.
    Robert G. Flanders, Esq.
    Hinckley Allen & Snyder LLP
    50 Kennedy Plaza, Suite 1500
    Providence, RI 02903

                                    /s/Dulce Donovan
                                    DULCE DONOVAN
                                    Assistant U.S. Attorney
                                    Chief, Civil Division
                                    Fleet Center
                                    50 Kennedy Plaza, 8th Floor
                                    Providence, R.I. 02903
                                    401-709-5000
                                    401-709-5017 (fax)
                                    Email: dulce.donovan@usdoj.gov