# EXHIBIT 7

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED

MAY 20 2007

Property of U.S. District Court
District of Rhode Island

RHODE ISLAND HOSPITAL,    )
                          )
    Plaintiff,            )
                          )
    v.                    )    C.A. No. 06-0260ML
                          )
MICHAEL O. LEAVITT, et al.,    )
                          )
    Defendant.            )
                          )

### PROPOSED ORDER

Upon consideration of Defendant's Unopposed Motion to Remand and for good cause, it is by this Court this 7th day of May 2007, hereby,

ORDERED this matter be remanded to the Secretary of the Department of Health and Human Services, who will remand the matter to the Provider Reimbursement Review Board ("PRRB") for an administrative hearing and determination on the merits of Plaintiff Rhode Island Hospital's disproportionate share hospital claims for fiscal year 1999 in accordance with 42 U.S.C. § 1395oo(a) and it is further

ORDERED that pursuant to 42 U.S.C. § 139500(a), the PRRB has jurisdiction over Plaintiff's disproportionate share hospital adjustment claim for fiscal year 1999 related to the Eligible Days Issue (PRRB Case No. 02-0763, filed with the PRRB on February 14, 2002) and it is further

ORDERED that pursuant to 42 U.S.C. § 139500(a), the PRRB has jurisdiction over Plaintiff's disproportionate share hospital adjustment claim for fiscal year 1999 related to the SSI Percentage Issue (PRRB Case No. 02-0763, filed with the PRRB on February 14, 2002) and it is further

ORDERED that the Plaintiff be afforded a full administrative hearing before the PRRB on these issues in accordance with this Order, and it is further

ORDERED that each party will bear its own costs and attorney's fees in this action.

_____
Honorable Mary M. Lisi

Dated: _May 7, 2007_____

Copies to:

ROBERT G. FLANDERS, JR.
MITCHELL R. EDWARDS
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, R.I.  02903

CLIFFORD M. PIERCE
Assistant Regional Counsel
Department of  Health and Human Services
J.F.K. Bldg., Rm. 2250
Boston, MA  02203