# EXHIBIT 8

**Marcus, Kenneth R.**

**From:** Kaiser, Bridgette (HHS/OGC) [Bridgette.Kaiser@hhs.gov]
**Sent:** Monday, April 30, 2007 2:46 PM
**To:** Marcus, Kenneth R.
**Subject:** RE: Baptist Memorial Golden Triangel et al v. Leavitt

Mr. Marcus,

It is our position that the procedural facts are distinguishable.

```
Bridgette L. Kaiser
Attorney
Office of the General Counsel - CMS Division
U.S. Department of Health & Human Services
330 Independence Ave. S.W.
Cohen Building, Room 5309
Washington, D.C. 20201
phone    (202)205-5872
fax      (202)401-1405
```

**Notice:** The contents of this message and any attachments may be privileged and confidential. Please do not disseminate without the approval of the Office of the General Counsel. If you are not an intended recipient, or have received this message in error, please delete it without reading it and please do not print, copy, forward, disseminate, or otherwise use the information. Also, please notify the sender that you have received this communication in error. Your receipt of this message is not intended to waive any applicable privilege.

---

**From:** Marcus, Kenneth R. [mailto:KMarcus@honigman.com]
**Sent:** Monday, April 30, 2007 2:33 PM
**To:** Kaiser, Bridgette (HHS/OGC)
**Subject:** RE: Baptist Memorial Golden Triangel et al v. Leavitt

Ms. Kaiser:

Not to be a nuisance, but becasue my client will ask, since the essential procedural facts are very similar, are you at liberty to share with me why would the Secretary not agree to remand the instant case?

Ken Marcus

---

**From:** Kaiser, Bridgette (HHS/OGC) [mailto:Bridgette.Kaiser@hhs.gov]
**Sent:** Monday, April 30, 2007 2:03 PM
**To:** Marcus, Kenneth R.
**Subject:** RE: Baptist Memorial Golden Triangel et al v. Leavitt

Mr. Marcus,

Thank you for forwarding your correspondence to me.

In response to your question below, the Secretary will not seek a remand of the Baptist Memorial Hospital matter.

```
Bridgette L. Kaiser
Attorney
Office of the General Counsel - CMS Division
U.S. Department of Health & Human Services
330 Independence Ave. S.W.
Cohen Building, Room 5309
Washington, D.C. 20201
phone   (202)205-5872
fax     (202)401-1405
```

**Notice:** The contents of this message and any attachments may be privileged and confidential.  Please do not disseminate without the approval of the Office of the General Counsel.  If you are not an intended recipient, or have received this message in error, please delete it without reading it and please do not print, copy, forward, disseminate, or otherwise use the information.  Also, please notify the sender that you have received this communication in error. Your receipt of this message is not intended to waive any applicable privilege.

---

**From:** Marcus, Kenneth R. [mailto:KMarcus@honigman.com]
**Sent:** Sunday, April 29, 2007 5:39 PM
**To:** Kaiser, Bridgette (HHS/OGC)
**Subject:** FW: Baptist Memorial Golden Triangel et al v. Leavitt

Ms. Kaiser:

As indicated below, Jonathan Brumer reports that the captioned case has been reassigned to you.
Allso as indicated below, I have inquired whether the Secretary is prepared to remand to the PRRB in light of the unopposed remand motion that the Secretary has filed in the Rhode Island case.
I look forward to receiving your response after you have had the opportunity to familiarize yourself with this case.
Thank you very much.

Ken Marcus

---

**From:** Brumer, Jonathan (HHS/OGC) [mailto:Jonathan.Brumer@HHS.GOV]
**Sent:** Friday, April 27, 2007 10:47 AM
**To:** Marcus, Kenneth R.
**Cc:** Les Alderman
**Subject:** RE: Baptist Memorial Golden Triangel et al v. Leavitt

Ken, Les:
Please note that the Baptist case was recently reassigned from me to one of my colleagues, Bridgette Kaiser. She will be formally entering her appearance in the case shortly. Her email address is bridgette.kaiser@hhs.gov. Ken, I passed your latest message along to her, and she should be getting in touch with you soon.

Ms. Kaiser and AUSA Rose should be your government contacts from now on in this case.

Its been a pleasure dealing with you both, and I look forward to handling another case with you as opposing counsel soon though! Please let me know if you have any questions or concerns,
-Jon


**Jonathan C. Brumer**
**Attorney**
**U.S. Department of Health and Human Services**
**Office of the General Counsel,**
**Centers for Medicare & Medicaid Services Division**
**330 Independence Ave., S.W.**
**Cohen Building, Room 5344**
**Washington, D.C. 20201**

phone   202.205.8703
fax       202.401.1405

**Notice:** The contents of this message and any attachments may be privileged and confidential. Please do not disseminate without the approval of the Office of the General Counsel. If you are not an intended recipient, or have received this message in error, please delete it without reading it and please do not print, copy, forward, disseminate, or otherwise use the information. Also, please notify the sender that you have received this communication in error. Your receipt of this message is not intended to waive any applicable privilege.

---

**From:** Marcus, Kenneth R. [mailto:KMarcus@honigman.com]
**Sent:** Friday, April 27, 2007 9:51 AM
**To:** Brumer, Jonathan (HHS/OGC)
**Cc:** Les Alderman
**Subject:** Baptist Memorial Golden Triangel et al v. Leavitt

Jon,

FYI, the Secretary moved, unopposed, for a remand in the Rhode Island Hospital case. See attached. The Secretary cited this case in its opposition to the Plaintiffs' motion seeking discovery. In light of this development, is the Secretary prepared to remand the instant case to the PRRB?
If so, I will discuss with my client whether it concurs with a remand. Please advise. Thank you.

Ken


**HONIGMAN**

**Kenneth R. Marcus**
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226-3506

   (313) 465-7470 (Phone)
   (313) 465-7471 (Fax)
   (248) 212-4598 (Cell)


6/8/2007

kmarcus@honigman.com
www.honigman.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidential: This electronic message and all contents contain information from the law firm of Honigman Miller Schwartz and Cohn LLP which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately (313.465.7000) and destroy the original message and all copies.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidential: This electronic message and all contents contain information from the law firm of Honigman Miller Schwartz and Cohn LLP which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately (313.465.7000) and destroy the original message and all copies.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidential: This electronic message and all contents contain information from the law firm of Honigman Miller Schwartz and Cohn LLP which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately (313.465.7000) and destroy the original message and all copies.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6/8/2007