IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL-GOLDEN
TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST.
JOSEPH HOSPITAL, AND BAPTIST MEMORIAL
HOSPITAL-DESOTO HOSPITAL
350 N. HUMPHREY'S BLVD.
MEMPHIS, TN 38120

CIVIL ACTION NO.1:06CV01413
Hon. Colleen Kollar-Kotelly

        Plaintiffs,

VS.

MICHAEL O. LEAVITT, IN HIS
OFFICIAL CAPACITY AS SECRETARY
OF HEALTH AND HUMAN SERVICES,

        Defendant.

_____/

**PLAINTIFFS' NOTICE OF RECEIPT OF CONSENT FROM DEFENDANT TO FILE,
AND NOTICE OF FILING OF, SECOND AMENDED COMPLAINT FOR JUDICIAL
REVIEW OF FINAL ADVERSE AGENCY DECISION ON MEDICARE
REIMBURSEMENT**

Plaintiffs Baptist Memorial Hospital –Golden Triangle, Baptist Memorial Hospital – St.

Joseph Hospital and Baptist Memorial Hospital – DeSoto , by and through the undersigned legal

counsel, hereby submit this notice as follows:

1.     In compliance with Fed. R. Civ. P. 15(a), on July 30, 2007  Plaintiffs requested and

received via electronic mail the consent of the Defendant Michael O. Leavitt, Secretary of Health and

Human Services,  to file Second Amended Complaint for Judicial Review of Final Adverse Agency

1

Decision on Medicare Reimbursement.  The undersigned legal counsel for the Plaintiffs requested and received such consent from Bridgette L. Kaiser, legal counsel for the Defendant.

2.    Following receipt of consent from Defendant, on July 30, 2007 Plaintiffs filed with the Court Second Amended Complaint for Judicial Review of Final Adverse Agency Decision on Medicare Reimbursement by sending same to the Court's electronic mail address.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By:    Kenneth R. Marcus

Kenneth R. Marcus (DC Bar No MI 0016)
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226
Phone:  313 465 7470
Fax:  313 465 7471
kmarcus@honigman.com

COUNSEL FOR PLAINTIFFS

Date:  July 31, 2007

DETROIT.2718841.1

2