UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL-<br>GOLDEN TRIANGLE, BAPTIST<br>MEMORIAL HOSPITAL-ST. JOSEPH<br>HOSPITAL, AND BAPTIST<br>MEMORIAL HOSPITAL-DESOTO<br>HOSPITAL<br>         Plaintiffs,<br><br>         v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services,<br><br>         Defendant. | Case No. 1:06-CV01413(CKK) |

**DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**

On April 6, 2007, Plaintiffs filed their motion for summary judgment and supporting memorandum in this case. On June 8, 2007 Plaintiffs filed a supplemental memorandum in support of that motion. On July 13, 2007 Defendant Michael O. Leavitt, Secretary of Health and Human Services, by and through his undersigned counsel, filed a motion for summary judgment and supporting memorandum ("Defendant's Memorandum"). On July 30, 2007, Plaintiffs filed a second amended complaint.

In Defendant's Memorandum, the Secretary explained that a certain May 16, 2007 decision by the Provider Reimbursement Review Board ("PRRB") was not properly before this Court "as it occurred after the October 10, 2006 filing of the Amended Complaint, which has not been re-amended to include it." Def's Mem. at 21 n.10. Nonetheless, Defendant's Memorandum addressed the lawfulness of the May 16, 2007 decision. See e.g. Def's Mem. at 25 n.11; id. at

30. Plaintiffs' Second Amended Complaint includes several new paragraphs which state a claim for judicial review of the PRRB's May 16, 2007 decision. Second Am. Compl. ¶¶ 45-51.

Accordingly, in light of Plaintiff's Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 56(b), Defendant hereby renews his motion for summary judgment on the grounds that there are no material facts in dispute and that Defendant is entitled judgment as a matter of law. In support of this motion, the Court is respectfully referred to Defendant's previously filed motion for summary judgment and supporting papers. Defendant asks this Court to affirm the PRRB's June 14, 2006, September 5, 2006 and May 16, 2007 PRRB decisions challenged by Plaintiffs.

                                      Respectfully submitted,

                                      _____/s/_____
                                      JEFFREY A. TAYLOR
                                      United States Attorney
                                      D.C. Bar No. 498610

                                      _____/s/_____
                                      MEGAN L. ROSE
                                      Assistant United States Attorney
                                      N.C. Bar No. 28639
                                      Civil Division
                                      555 Fourth Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 514-7220/FAX (202) 514-8780

                                      BRIDGETTE L. KAISER
                                      (D.C. Bar No. 492406)
                                      U.S. Department of Health and Human Services
                                      Office of the General Counsel
                                      Centers for Medicare and Medicaid Services Division
                                      330 Independence Avenue, SW
                                      Cohen Building, Room 5309
                                      Washington, D.C. 20201
                                      (202) 205-5872 FAX: (202) 260-0490

OF COUNSEL:

DANIEL MERON
General Counsel

JANICE L. HOFFMAN
Acting Associate General Counsel

MARK D. POLSTON
Deputy Associate General
Counsel for Litigation

United States Department of
Health and Human Services