UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL - GOLDEN TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST. JOSEPH HOSPITAL, AND BAPTIST MEMORIAL HOSPITAL-DESOTO HOSPITAL<br><br>          Plaintiffs,<br><br>     v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil No. 1:06CV01413 (CKK) |

**ORDER**

Upon consideration of Defendant's renewed motion for summary judgment, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED, that Plaintiffs' Motion for Summary Judgment be, and hereby is, DENIED; and it is further

ORDERED, that Defendant's Motion for Summary Judgment be, and hereby is, GRANTED; and it is further

ORDERED that judgment be, and hereby is, entered in favor of Defendant and against Plaintiffs.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge