IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL -
GOLDEN TRIANGLE, BAPTIST
MEMORIAL HOSPITAL - ST. JOSEPH
HOSPITAL, AND BAPTIST MEMORIAL
HOSPITAL - DESOTO HOSPITAL
350 N. HUMPHREY'S BLVD.
MEMPHIS, TN 38120

Plaintiffs,

vs.

MICHAEL O. LEAVITT, IN HIS OFFICIAL
CAPACITY AS SECRETARY OF HEALTH
AND HUMAN SERVICES,

Defendant.

Civil Action No.1:06CV01413
Hon. Colleen Kollar-Kotelly

**ORAL ARGUMENT REQUESTED**

---

**PLAINTIFFS' RENEWED MOTION FOR SUMMARY JUDGMENT**

On April 6, 2007, Plaintiffs Baptist Memorial Hospital - Golden Triangle, Baptist Memorial Hospital - St. Joseph Hospital and Baptist Memorial Hospital - Desoto Hospital (collectively, the "Hospitals"), by and through the undersigned legal counsel, filed their Motion for Summary Judgment and Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Summary Judgment. On June 8, 2007, the Hospitals filed Plaintiffs' Supplemental Memorandum of Points and Authorities in Support of Motion for Summary Judgment. On July 13, 2007, Defendant Michael O. Leavitt, Secretary of Health and Human Services, by and through his counsel, filed a Motion for Summary Judgment and supporting memorandum ("Defendant's Memorandum"). Defendant's Memorandum challenged whether the decision of the Provider Reimbursement Review Board ("PRRB") dated May 16, 2007, which became a

final decision as of June 1, 2007, was before the Court. On July 30, 2007, with the consent of the Secretary's legal counsel, the Hospitals filed a Second Amended Complaint, several new paragraphs of which state a claim for judicial review of the PRRB's May 16, 2007 decision. Second Amended Complaint ¶¶ 45-51.

Accordingly, in light of Plaintiff's Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 56(b), the Hospitals hereby renew their Motion for Summary Judgment. The Hospitals' Renewed Motion for Summary Judgment is Supported by Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Summary Judgment, Plaintiffs' Supplemental Memorandum of Points and Authorities in Support of Motion for Summary Judgment and Plaintiffs' Memorandum of Points and Authorities In Opposition to Defendant's Motion for Summary Judgment And In Support Of Plaintiffs' Renewed Motion for Summary Judgment.

**WHEREFORE**, the Hospitals respectfully request that this Court:

(1)    grant their Motion for Summary Judgment;

(2)    reverse the decisions of the Medicare Provider Reimbursement Review Board ("PRRB") dated June 14, 2006, September 5, 2006 and May 16, 2007 disallowing the Hospitals' request to add issues to their pending individual appeals. The PRRB's decisions were based on erroneous findings of fact and other failures to follow the federal regulations and its own Instructions;

(3)    require Defendant to order the Intermediary to reopen the Hospitals' FY 1998 Medicare cost report and recalculate the Hospitals' Medicare disproportionate share hospital adjustment determinations for the fiscal year ending in 1998;

(4)    award the Hospitals their costs and attorneys' fees incurred in bringing this Motion; and

(5)   grant the Hospitals any further relief this Court deems just and necessary.

                    Respectfully submitted,

                    HONIGMAN MILLER SCHWARTZ AND COHN LLP

By:   /s/ Kenneth R. Marcus
        Kenneth R. Marcus (DC Bar No MI 0016)
        660 Woodward Avenue
        2290 First National Building
        Detroit, Michigan 48226
        Phone: (313) 465-7470
        Fax:    (313) 465-7471
        kmarcus@honigman.com

                    and

ALDERMAN & DEVORSETZ, PLLC

/s/ Leslie D. Alderman III (D.C. Bar No. 477750)
1025 Connecticut Ave., NW
Suite 1000
Washington, D.C. 20036
Phone: (202) 969-8220
Fax:   (202) 969-8224
lalderman@a-dlaw.com

COUNSEL FOR PLAINTIFFS

Date: August 17, 2007

DETROIT.2748230.1

3