

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PROVIDER REIMBURSEMENT REVIEW BOARD**
P. O. Box 31712, Baltimore, Maryland 21207-8712
Courier: 7500 Security Blvd., Room C1-09-13, Baltimore MD 21244-1850
Phone: 410-786-2671  FAX: 410-786-5298

Irvin W. Kues, Chairman
Henry C. Wessman, Esq.
Martin W. Hoover, Jr., Esq.
Charles R. Barker
Stanley J. Sokolove

Refer to: 01-0929G

CERTIFIED MAIL

Derek P Petrak
Petrak & Associates
2255 Morello Avenue
Suite 201
Pleasant Hill, CA 94523

MAR - 6 2001

RE: Petrak 93-97 Part A SSI Percentage Group Appeal
Provider Nos. Various
FYEs 12/31/93 through 12/31/97
PRRB Case No. 01-0929G

Dear Mr. Petrak:

The Provider Reimbursement Review Board (Board) has reviewed your January 29, 2001 hearing request involving the SSI issue. The Board needs further information from you before the case can go forward.

Multiple FYEs and CIRPs

A review of the hearing requests indicates that the appeal involves two different common issue related parties (CIRP) and multiple fiscal year ends (FYEs). The Board's Group Appeal Instructions (see enclosure and www.hcfa.gov/regs/prrb.htm) indicate that a group appeal should contain only one issue and one FYE. Further, each CIRP should be placed in a separate group appeal. Consequently, the Board is requesting that you file new Schedules of Providers for each CIRP and FYE. Further, we ask that you fully describe the Part A SSI issue that is under dispute, identifying the legal cites and why the Providers believe the SSI percentage was not properly calculated. The Board will then establish separate appeals by CIRP and FYE.

Adding and Transferring SSI Issues to Individual Appeals

The Board's Group Appeal Instructions require that you document the transfer of the SSI issue from the individual appeals to the group appeals when the Schedule of Providers is filed. Filing this hearing request does not meet the transfer requirement found in the Group Appeal Instructions. Separate correspondence is required. Once separate group appeals have been established, please file separate transfer letters identifying the case number to which the issue has been transferred in each individual appeal.

Page 2 Derek Petrak	CN01-0929G

Additional Provider to be Added to the Groups

Please advise the Board if there are any other Providers from the chains to be added to the appeal of any given FYE. If the FYE groups are complete, the Board will ask that jurisdictional documents be filed, once the new group appeals have been established.

Dismissal Warning

The requested information must be received in the Board's offices within 30 days of the date of this letter. Failure to file a timely response will result in dismissal of the appeal.

Sincerely,

Henry C. Wessman, Esq.
Senior Board Member

Enclosures: Group Appeal Acknowledgment, Group Appeal Instructions

cc: Antoinette Biglang-Awa, BC of California
    Wilson Leong, BCBSA