IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL-GOLDEN
TRIANGLE, BAPTIST MEMORIAL HOSPITAL-ST.
JOSEPH HOSPITAL, AND BAPTIST MEMORIAL
HOSPITAL-DESOTO HOSPITAL
350 N. HUMPHREY'S BLVD.
MEMPHIS, TN 38120

CIVIL ACTION NO.1:06CV01413
Hon. Colleen Kollar-Kotelly

      Plaintiffs,

VS.

MICHAEL O. LEAVITT, IN HIS
OFFICIAL CAPACITY AS SECRETARY
OF THE DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

      Defendant.

**PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS'
STATEMENT OF MATERIAL FACTS**

    Plaintiffs Baptist Memorial Hospital – Golden Triangle, Baptist Memorial Hospital – St. Joseph Hospital and Baptist Memorial Hospital – Desoto Hospital (collectively, the "Hospitals") hereby reply to Defendant's Response ("Defendant's Response") to Plaintiffs' Statement of Material Facts ("Plaintiffs' Statement") in accordance with Rule 56 of the Federal rules of Civil Procedure and Local Rule 7(h).

    By this Reply, the Plaintiff's seek to demonstrate that to the extent that Defendant's disputations of our Statement of Material Facts are incorrect, as we show for several paragraphs below, they reveal a lack of understanding of the complexities of the procedures of the Provider Reimbursement Review Board (the "Board" or "PRRB"), of the complete process by which issues

1

at bar became so, and of the Board's arbitrary and capricious actions in this matter. Therefore, replying specifically to the numbered paragraphs cited in Defendant's Response to Plaintiffs' Statement, Plaintiffs reply as follows:

19. Defendant's dispute is immaterial to the matters before the Court and does not rise to the level of a genuine dispute of material fact.

24. Defendant disputes Plaintiffs' assertion that the April 17, 2002 letter on behalf of BMH – Desoto requested a transfer of its DSH – SSI proxy issue to BMHCC 98 Medicare DSH SSI Group Appeal "02-1736G." The Defendant's point is technical. The Hospital's request referred to no specific group appeal number. On the date that the transfer request was made, the group appeal number erroneously cited in Plaintiiffs' Statement of Material Facts had not yet been assigned.

31. Defendant's dispute is immaterial to the matters before the Court and does not rise to the level of a genuine dispute of material fact.

50. Defendant's dispute is accurate with regard to the erroneous reference to pages in the Administrative Record. However, it is disingenuous and misleading for Defendant to further assert that "whether and when SSI data was furnished to Plaintiffs is not material to the issues before this Court." The scope of issues in BMH – St. Joseph's individual appeal, which included the SSI Proxy, at the time of the Board's dismissal action is a very important and material issue before the Court.

60. Defendant's dispute is immaterial to the matters before the Court and does not rise to the level of a genuine dispute of material fact.

68-69. Defendant's disputes are immaterial to the matters before the Court and do not rise to the level of a genuine dispute of material fact.

76–77.   Defendant's dispute is facially accurate, i.e., BMH–Union City Hospital is not a party to the case at bar. However, this assertion, while accurate, is misleading because it fails to recognize that BMH-Union City Hospital was a party to the group appeal whose disposition by the Board is part of the genesis of this lawsuit. Specifically, BMH-Union City had appealed its § 1115 Medicaid waiver days, which the Board had originally stated was part of the DSH Medicaid proxy. Subsequently, the Board ruled that the § 1115 waiver was not part of the Medicaid proxy, consistent with Plaintiffs' contention that issues distinct to a specific provider should not be combined into a group appeal, an important issue before the Court.

81.   Defendant's dispute is immaterial to the matters before the Court and does not rise to the level of a genuine dispute of material fact.

    Respectfully submitted,

    HONIGMAN MILLER SCHWARTZ AND COHN LLP

    By: Kenneth R. Marcus

      Kenneth R. Marcus (DC Bar No MI 0016)
      660 Woodward Avenue
      2290 First National Building
      Detroit, Michigan 48226
      Phone:  313 465 7470
      Fax:  313 465 7471
      kmarcus@honigman.com

    and

    ALDERMAN, DEVORSETZ  & HORA, PLLC

3

By: _____

Leslie D. Alderman III
1025 Connecticut Avenue NW
Suite 615
The Blake Building
Washington, DC 20036
Phone: 202 969 8220
Fax: 202 969 8224
lalderman@adhlawfirm.com

COUNSEL FOR PLAINTIFFS

Date: August 17, 2007