UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BAPTIST MEMORIAL HOSPITAL-GOLDEN TRIANGLE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. Action No. 06-1413 (CKK) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Respectfully submitted,

　/s Megan Rose
MEGAN L. ROSE, NC Bar No. 28639

　/s Peter Smith
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372