UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL -
GOLDEN TRIANGLE, *et al.*,

    Plaintiffs,

      v.

MICHAEL O. LEAVITT,
Secretary of Health and Human Services,

    Defendant.

Civil Action No. 06-1413 (CKK)

# ORDER
(February 21, 2008)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 21st day of February, 2008, hereby

**ORDERED** that Defendant's [31] Motion for Summary Judgment is granted; it is further

**ORDERED** that Plaintiffs' [32] Motion for Summary Judgment is denied; and it is further

**ORDERED** that this case shall be dismissed in its entirety.

*This is a final, appealable order.*

                                                               */s/*
                                                        COLLEEN KOLLAR-KOTELLY
                                                        United States District Judge