IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL – GOLDEN TRIANGLE et al.<br><br>Plaintiffs<br><br>v.<br><br>MICHAEL O. LEAVITT<br>Secretary, Health and Human Services<br><br>Defendant | )<br>)<br>)<br>)<br>)  Case No. 1:06CV1413(CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given this day, March 28, 2008, that all of the Plaintiffs in the above-captioned matter hereby appeal from the judgment of this Court, dated February 21, 2008, granting the Defendant's Motion for Summary Judgment. This appeal is made to the United States Court of Appeals for the District of Columbia Circuit.

Respectfully Submitted,

/s/ Leslie D. Alderman III (DC Bar No. 477750)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW, Suite 615
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224
lalderman@adhlawfirm.com

and

/s/ Kenneth R. Marcus (DC Bar No MI 0016)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226
Phone: 313-465-7470
Fax: 313-465-7471
kmarcus@honigman.com