IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL – GOLDEN TRIANGLE et al. | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) Case No. 1:06CV1413(CKK) ) ) |
| MICHAEL O. LEAVITT Secretary, Health and Human Services | ) ) ) |
| Defendant | ) |

## CERTIFICATE REGARDING TRANSCRIPT

This Certificate is filed pursuant to Rule 10(b)(1)(B) of the Federal Rules of Appellate Procedure. The Plaintiffs/Appellants in the above-captioned case will not be ordering a transcript of any proceedings before the District Court for the purpose of the appeal of this matter, notice of which was filed on March 28, 2008.

Respectfully Submitted,

/s/ Leslie D. Alderman III (DC Bar No. 477750)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW, Suite 615
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224
lalderman@adhlawfirm.com

and

/s/ Kenneth R. Marcus (DC Bar No MI 0016)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226
Phone: 313-465-7470
Fax: 313-465-7471
kmarcus@honigman.com